AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| KATIE FONDREN, as Administratrix of the Estate of Brian Christopher Ray, and on Behalf of the Wrongful Death Beneficiaries of Brian Christopher Ray, and as Mother and Next Friend of B.Z.R., a Minor <br> *Plaintiff(s)* <br> v. <br> RANKIN COUNTY, MISSISSIPPI, ET AL. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:23-cv-3063-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Rankin County, Mississippi
c/o Hon. Larry Swales
211 East Government Street
Brandon Mississippi 39042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Victor Fleitas
452 North Spring Street
Tupelo, Mississippi 38804

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ARTHUR JOHNSTON
CLERK OF COURT

Date: 11/7/2023     _C. Louisville_
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| KATIE FONDREN, as Administratrix of the Estate of Brian Christopher Ray, and on Behalf of the Wrongful Death Beneficiaries of Brian Christopher Ray, and as Mother and Next Friend of B.Z.R., a Minor <br> *Plaintiff(s)* <br> v. <br> RANKIN COUNTY, MISSISSIPPI, ET AL. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:23-cv-3063-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Bryan Bailey
221 North Timber Street
Brandon, Mississippi 39042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Victor Fleitas
452 North Spring Street
Tupelo, Mississippi 38804

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 11/7/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| KATIE FONDREN, as Administratrix of the Estate of Brian Christopher Ray, and on Behalf of the Wrongful Death Beneficiaries of Brian Christopher Ray, and as Mother and Next Friend of B.Z.R., a Minor<br>*Plaintiff(s)*<br>v.<br>RANKIN COUNTY, MISSISSIPPI, ET AL.<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:23-cv-3063-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Amanda Thompson
221 North Timber Street
Brandon, Mississippi 39042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Victor Fleitas
452 North Spring Street
Tupelo, Mississippi 38804

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 11/7/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | | |
|---|---|---|
| KATIE FONDREN, as Administratrix of the Estate of Brian Christopher Ray, and on Behalf of the Wrongful Death Beneficiaries of Brian Christopher Ray, and as Mother and Next Friend of B.Z.R., a Minor<br>*Plaintiff(s)*<br>v.<br>RANKIN COUNTY, MISSISSIPPI, ET AL.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:23-cv-3063-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mason Black
221 North Timber Street
Brandon, Mississippi 39042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Victor Fleitas
452 North Spring Street
Tupelo, Mississippi 38804

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 11/7/2023    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| KATIE FONDREN, as Administratrix of the Estate of Brian Christopher Ray, and on Behalf of the Wrongful Death Beneficiaries of Brian Christopher Ray, and as Mother and Next Friend of B.Z.R., a Minor <br> *Plaintiff(s)* <br> v. <br> RANKIN COUNTY, MISSISSIPPI, ET AL. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:23-cv-3063-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Johnathan Franklin
221 North Timber Street
Brandon, Mississippi 39042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Victor Fleitas
452 North Spring Street
Tupelo, Mississippi 38804

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**

*CLERK OF COURT*

Date: 11/7/2023

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| KATIE FONDREN, as Administratrix of the Estate of Brian Christopher Ray, and on Behalf of the Wrongful Death Beneficiaries of Brian Christopher Ray, and as Mother and Next Friend of B.Z.R., a Minor | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) | Civil Action No. 3:23-cv-3063-HTW-LGI |
| RANKIN COUNTY, MISSISSIPPI, ET AL. | ) ) ) ) ) | |
| *Defendant(s)* | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Tommy Hildesheim
221 North Timber Street
Brandon, Mississippi 39042


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Victor Fleitas
452 North Spring Street
Tupelo, Mississippi 38804


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 11/7/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| KATIE FONDREN, as Administratrix of the Estate of Brian Christopher Ray, and on Behalf of the Wrongful Death Beneficiaries of Brian Christopher Ray, and as Mother and Next Friend of B.Z.R., a Minor<br>*Plaintiff(s)*<br>v.<br>RANKIN COUNTY, MISSISSIPPI, ET AL.<br><br>*Defendant(s)* | Civil Action No. 3:23-cv-3063-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Patrick Thornton
221 North Timber Street
Brandon, Mississippi 39042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Victor Fleitas
452 North Spring Street
Tupelo, Mississippi 38804

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date: 11/7/2023                                   _____
                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| KATIE FONDREN, as Administratrix of the Estate of Brian Christopher Ray, and on Behalf of the Wrongful Death Beneficiaries of Brian Christopher Ray, and as Mother and Next Friend of B.Z.R., a Minor <br> *Plaintiff(s)* <br> v. <br> RANKIN COUNTY, MISSISSIPPI, ET AL. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:23-cv-3063-HTW-LGI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Joshua Bridges
221 North Timber Street
Brandon, Mississippi 39042

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Victor Fleitas
452 North Spring Street
Tupelo, Mississippi 38804

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ARTHUR JOHNSTON**
*CLERK OF COURT*

Date:  11/7/2023

*Signature of Clerk or Deputy Clerk*