UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**KATIE FONDREN CARSON, as Administratrix
of the Estate of Brian Christopher Ray, AND
on Behalf of the Wrongful Death Beneficiaries of Brian Christopher Ray,
AND as Mother and Next Friend of B.Z.R., a Minor                           PLAINTIFFS**

VS                                                CIVIL ACTION NO. **3:23-cv-3063-HTW-LGI**

**RANKIN COUNTY, MISSISSIPPI, AND
BRYAN BAILEY, AMANDA THOMPSON,
JOSHUA BRIDGES, MASON BLACK,
JOHNATHAN FRANKLIN, TOMMY
HILDESHEIM, AND PATRICK THORNTON,
In Their Individual Capacities                                              DEFENDANTS**

## ENTRY OF APPEARANCE

Charles R. Mullins enters his appearance on behalf of the Plaintiff, Katie Fondren Carson, in the above styled and numbered cause.

RESPECTFULLY SUBMITTED, THIS the 21st day of December, 2022,

                              KATIE CARSON

              BY:    _/s/ Charles R. Mullins_
                              CHARLES R. MULLINS

OF COUNSEL:

CHARLES R. ("CHUCK") MULLINS (MB# 9821)
MERRIDA ("BUDDY") COXWELL (MB# 7782)
COURTNEY SANDERS (MB# 106444)
COXWELL & ASSOCIATES, PLLC
500 North State Street
Jackson, Mississippi 39201
Telephone: (601) 948-1600
Facsimile: (601) 948-7097
chuckm@coxwelllaw.com
courtneys@coxwelllaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Charles R. Mullins, Attorney for Plaintiff Katie Carson, have this day served a true and correct copy of the above and foregoing *Entry of Appearance* via the Court's electronic filing system which sends notification to all known counsel of record.

This the 21st day of December, 2022.

BY:   /s/ Charles R. Mullins
       CHARLES R. MULLINS