UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**KATIE FONDREN CARSON, as Administratrix
of the Estate of Brian Christopher Ray, AND
on Behalf of the Wrongful Death Beneficiaries of Brian Christopher Ray,
AND as Mother and Next Friend of B.Z.R., a Minor**          **PLAINTIFFS**

VS                                          CIVIL ACTION NO. **3:23-cv-3063-HTW-LGI**

**RANKIN COUNTY, MISSISSIPPI, AND
BRYAN BAILEY, AMANDA THOMPSON,
JOSHUA BRIDGES, MASON BLACK,
JOHNATHAN FRANKLIN, TOMMY
HILDESHEIM, AND PATRICK THORNTON,
In Their Individual Capacities**                              **DEFENDANTS**

## ENTRY OF APPEARANCE

Courtney Sanders enters her appearance on behalf of the Plaintiff, Katie Fondren Carson, in the above styled and numbered cause.

RESPECTFULLY SUBMITTED, THIS the 21st day of December, 2022,

                                        KATIE CARSON

                                BY:    _/s/ Courtney Sanders_
                                        COURTNEY SANDERS

OF COUNSEL:

CHARLES R. ("CHUCK") MULLINS (MB# 9821)
MERRIDA ("BUDDY") COXWELL (MB# 7782)
COURTNEY SANDERS (MB# 106444)
COXWELL & ASSOCIATES, PLLC
500 North State Street
Jackson, Mississippi 39201
Telephone: (601) 948-1600
Facsimile: (601) 948-7097
chuckm@coxwelllaw.com
courtneys@coxwelllaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Courtney Sanders, Attorney for Plaintiff Katie Carson, have this day served a true and correct copy of the above and foregoing *Entry of Appearance* via the Court's electronic filing system which sends notification to all known counsel of record.

This the 21st day of December, 2022.

                                                BY:   */s/ Courtney Sanders*
                                                               COURTNEY SANDERS