IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KATIE FONDREN CARSON, as Administratrix
of the Estate of Brian Christopher Ray, AND
on Behalf of the Wrongful Death Beneficiaries of Brian Christopher Ray,
AND as Mother and Next Friend of B.Z.R., a Minor          PLAINTIFFS

VERSUS                                                    NO. 3:23CV3063-HTW-LGI

RANKIN COUNTY, MISSISSIPPI, AND
BRYAN BAILEY, AMANDA THOMPSON,
JOSHUA BRIDGES, MASON BLACK,
JOHNATHAN FRANKLIN, TOMMY
HILDESHEIM, AND PATRICK THORNTON,
In Their Individual Capacities                            DEFENDANTS

ORDER GRANTING MOTION TO EXTEND TIME TO SERVE PROCESS

Upon motion of the Plaintiffs, without objection from the Defendants, and for

good cause shown, it is hereby Ordered that the Plaintiffs be granted an additional

thirty days, from February 5, 2024, or until March 6, 2024, during which to serve process

on the Defendants.

So ORDERED, this the 6TH day of February, 2024.

s/LaKeysha Greer Isaac
UNITED STATES MAGISTRATE JUDGE