**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| **KATIE FONDREN CARSON, as Administratrix** of the Estate of Brian Christopher Ray, AND on Behalf of the Wrongful Death Beneficiaries of Brian Christopher Ray, AND as Mother and Next Friend of B.Z.R., a Minor | **PLAINTIFFS** |
| **v.** | **CAUSE NO. 3:23cv3063-HTW-LGI** |
| **RANKIN COUNTY, MISSISSIPPI, AND BRYAN BAILEY, AMANDA THOMPSON, JOSHUA BRIDGES, MASON BLACK, JOHNATHAN FRANKLIN, TOMMY HILDESHEIM, AND PATRICK THORNTON,** In Their Individual Capacities | **DEFENDANTS** |

_____

**NOTICE OF ATTORNEY APPEARANCE**
_____

**NOW COMES** Jason E. Dare of Biggs, Ingram & Solop, PLLC, and first asserting any and all available defenses pursuant to Fed. R. Civ. P. 12(b)(1) through 12(b)(7), and further reserving any and all rights of the individual capacity Defendants to qualified immunity, and to object to standing, process, service of process, res judicata, collateral estoppel, prematurity, ripeness, failure to exhaust administrative remedies, laches, unclean hands, and equitable estoppel, as well as any applicable statute of limitations and/or limitations of action on behalf of all Defendants, files this, his Entry of Appearance as counsel on behalf of Rankin County, Mississippi and Sheriff Bryan Bailey, Amanda Thompson, Joshua Bridges, Mason Black, Johnathan Franklin, Tommy Hildesheim, and Patrick Thornton, all in their individual capacities.

**RESPECTFULLY SUBMITTED,** this 12th day of February, 2024.

                                        **RANKIN COUNTY, MISSISSIPPI, BRYAN BAILEY, AMANDA THOMPSON, JOSHUA BRIDGES, MASON BLACK, JOHNATHAN FRANKLIN, TOMMY HILDESHEIM, & PATRICK THORNTON - DEFENDANTS**

                              **BY:**    */s/ Jason E. Dare*
                                            **JASON E. DARE**

**OF COUNSEL:**

Jason E. Dare (MSB No. 100973)
jdare@bislawyers.com
BIGGS, INGRAM & SOLOP, PLLC
Post Office Box 14028
Jackson, Mississippi  39236-4028
Telephone:    (601) 987-5307
Facsimile:    (601) 987-5307