# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**KATIE FONDREN CARSON, as Administratrix**                          **PLAINTIFFS**
**of the Estate of Brian Christopher Ray, et al.**

**v.**                                                    **CAUSE NO. 3:23cv3063-HTW-LGI**

**RANKIN COUNTY, et al.**                                                             **DEFENDANTS**

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
## ANSWER AND/OR RESPONSIVE PLEADING

**NOW COME** Defendants, Rankin County, Mississippi and Sheriff Bryan Bailey, Amanda Thompson, Joshua Bridges, Mason Black, Johnathan Franklin, Tommy Hildesheim, and Patrick Thornton, and move this Court for an extension of time to file their Answer and/or responsive pleading to Plaintiffs' [1] Complaint by stating as follows:

1. Defendants' Answer or responsive pleading is currently due March 12, 2024.

2. Due to the undersigned counsel's current schedule, Defendants respectfully request a seven-day extension of time through March 19, 2024, in which to file their Answer or responsive pleading to Plaintiffs' [1] Complaint.

3. Plaintiffs' counsel have disclosed that they will not oppose the instant motion.

**WHEREFORE, PREMISES CONSIDERED,** Defendants pray that this Court extend their deadline to file an Answer or responsive pleading to **March 19, 2024**.

**RESPECTFULLY SUBMITTED,** this 7th day of March, 2024.

                                        **RANKIN COUNTY, BRYAN BAILEY, AMANDA THOMPSON, JOSHUA BRIDGES, MASON BLACK, JOHNATHAN FRANKLIN, TOMMY HILDESHEIM, & PATRICK THORNTON - DEFENDANTS**

                        **BY:**    */s/ Jason E. Dare*
                                    **JASON E. DARE**

**OF COUNSEL:**

Jason E. Dare (MSB No. 100973)
jdare@bislawyers.com
Biggs, Ingram & Solop, PLLC
Post Office Box 14028
Jackson, Mississippi  39236-4028
Telephone:     (601) 987-5307
Facsimile:      (601) 987-5307