

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**KATIE FONDREN CARSON, as Administratrix**  **PLAINTIFFS**
of the Estate of Brian Christopher Ray, AND
on Behalf of the Wrongful Death Beneficiaries of
Brian Christopher Ray, AND as Mother and Next Friend
of B.Z.R., a Minor

v.                                                                                 CAUSE NO. 3:23cv3063-HTW-LGI

**RANKIN COUNTY, MISSISSIPPI, AND**
**BRYAN BAILEY, AMANDA THOMPSON,**
**JOSHUA BRIDGES, MASON BLACK,**
**JOHNATHAN FRANKLIN, TOMMY**
**HILDESHEIM, AND PATRICK THORNTON,**
In Their Individual Capacities                                              **DEFENDANTS**

## ORDER

Upon announcement by Defendants of their intention to file a dispositive motion premised on qualified immunity, and pursuant to L.U. Civ. R. 16(b)(3)(B), all proceedings, except those specifically related to the resolution of the immunity issue(s), are hereby stayed pending resolution of said QI Motion. For the orderly progression of discovery as agreed to by the parties, the following deadlines related to the issue of qualified immunity are hereby set:

1)    Defendants shall file their dispositive motion(s) premised on qualified immunity on or before **May 10, 2024**.

2)    The parties shall have until **August 9, 2024**, to complete any and all discovery limited to the issue of qualified immunity.

3)    Plaintiffs' deadline for filing a response to the QI motion(s) shall be **August 23, 2024**.

4) Defendants' deadline for filing a reply in support of their QI motion(s) shall be **August 30, 2024**.

**SO ORDERED**, this the 2nd day of May, 2024.


                                           s/LaKeysha Greer Isaac
                                           **UNITED STATES MAGISTRATE JUDGE**


**AGREED:**


/s/ Victor I. Fleitas
Victor I. Fleitas, Esq. (fleitasv@bellsouth.net)
VICTOR I. FLEITAS, P.A.

Charles R. Mullins, Esq. (chuckm@coxwelllaw.com)
Courtney Sanders, Esq. (courtneys@coxwelllaw.com)
COXWELL & MULLINS, PLLC

*Counsel for Plaintiffs*


/s/ Jason E. Dare
Jason E. Dare, Esq. (jdare@bislawyers.com)
BIGGS, INGRAM & SOLOP, PLLC
*Counsel for Defendants*