# RANKIN COUNTY JAIL

## Booking Sheet: RCJ2020100172

Page: 1

**ID #:** 1001234
**Name:** RAY, BRIAN CHRISTOPHER
**Address:** 2270 COUNTY HOME RD
  HURLEY, MS 392270000
**Phone(Home/Business):** (601) 955-4164   (601) 955-4264

| | | |
|---|---|---|
| **DOB:** | **Age:** 34 YRS | **Height:** 5- 9 |
| **Race:** W | **Sex:** M | **Weight:** 190 |
| **Eyes:** BLU | **Ethnicity:** N | **Appearance:** 40 |
| **Hair:** BRO | **Resident:** N | **Build:** 1 |
| **Scars/Marks/Tattoos:** | **Complexion:** 06 | **Birth Place:** FLOWOOD    MS |
| **Employer:** UNEMPLOYED | **FBI ID:** | **IdentA:** |
| **SSN:** | **DL No.:** | **State ID:** MS |

| | |
|---|---|
| **Booking Date:** 10/31/20   **Time:** 14:44 | **Transfer(Y/N)?**     **Facility:** RCJ |
| **Arrest Date:** 10/31/20   **Time:** 14:44 | **Booking Officer:** 2019080009   WHITE, BLAINE |
| **Arresting Agency:** RSO | **Cell Assignment:** AC214139 |
| **Officer:**     Name not found | **Status:** PFEL   **Class:** C214 |
| **Location:** | **Hold Reason:**     **Court Date:** |
|   **Brandon**                MS | **Holding For:** |
| **Searched By:** J70 | **Phone Call:** Y | **Sentence Date:**   / / |
| **CLOTHING:** Y   **NCIC:**   **JAIL RULES** Y | **Scheduled Release:**   / /   0:00 |
| **METAL:**   **WARRANT:** | **Probation Off./Atty.:** |
| **PAT:** Y   **PRINTS:** | **Bondsman:** |
| **STRIP:** Y   **PHOTO:** Y | **Supplemental To:** |
| **CAVITY:**   **VNR:** | **Drug Screen:** |

**Cash:**     $0.00   **Vehicle Information:**
**Vehicle Location:**
**Property Description:**                 **Property Location:** 47/308
**GREEN SHIRT, RED SHORTS, BLUE SHOES, WHITE SOCKS, BLUE UNDERWEAR...J70**

### OFFENSES

| Seq.No.: | Code: Statute (RSA) Reference Number: Notes: | Description: Incident Number | Warrant Number | Court Fel/Misd | Bond Amt: Fine Amount: | Bond Type: |
|---|---|---|---|---|---|---|
| 1 | 00475 41-29-139 (C)(3)(A) | POSSESSION OF A CONTROLLED SUBSTANCE III, IV C RCCI RCJ2020100172 | | F | 0.00 0.00 | |

**PF... POSS OF METH BOND SURRENDER....11/10/2020 released to hospital...j5da...01/06/2021 motion to nolle pros. indicment per circuit court...t10pm**

### JAIL PROPERTY ISSUED

| Item Code/Description: Date/Time: Issued by: | Serial No.: Condition: Quantity: | Inventory No.: Cost: Total Cost: |
|---|---|---|
| BK     UNIFORM AND SHOES 10/31/2020   14:48   2019080009 | F     1 | 0.00     0.00 |

EXHIBIT 1     PRAR#2 001

# RANKIN COUNTY JAIL

**Booking Sheet: RCJ2020100172**                    Page: 2

**I HAVE RECIEVED THE ABOVE JAIL PROPERTY IN THE CONDITION STATED.
I UNDERSTAND I AM RESPONSIBLE FOR THIS PROPERTY UNTIL RETURN
OR REIMBURSEMENT IS MADE FOR DAMAGE OR LOSS INCURRED DURING MY USE.**

**Inmate's Signature:** _____    **Date:** _____    **Time:** _____

**Witness:** _____    **Date:** _____    **Time:** _____

**Bond Total:** _____

**I HAVE READ THE ABOVE ACCOUNTING OF MY PROPERTY, MONEY AND
VALUABLES AND FIND IT TO BE ACCURATE. I ALSO UNDERSTAND MY PHONE
CONVERSATIONS WILL BE MONITORED FOR SECURITY REASONS.**

**Inmate's Signature** _____    **Date** _____    **Time** _____

**Witness** _____    **Date** _____    **Time** _____

**Booking Officer** _____    **Date** _____    **Time** _____

PRAR#2 002

# RANKIN COUNTY JAIL

## Transfer Sheet: RCJ2020100172

Page: 1

**ID #: 1001234**
**Name: RAY, BRIAN CHRISTOPHER**
**Address: 2270 COUNTY HOME RD**
**HURLEY, MS 392270000**
**Phone(Home/Business): (601) 955-4164   (601) 955-4264**

| | | |
|---|---|---|
| **DOB:** ▉▉▉ | **Age: 34 YRS** | **Height: 5- 9** |
| **Race: W** | **Sex: M** | **Weight: 190** |
| **Eyes: BLU** | **Ethnicity: N** | **Appearance: 40** |
| **Hair: BRO** | **Resident: N** | **Build:   1** |

**Scars/Marks/Tattoos:**     **Complexion:   06**     **Birth Place: FLOWOOD**     **MS**
**Employer: UNEMPLOYED**     **FBI ID:**
**SSN:** ▉▉▉     **DL No.:**     **State ID:** ▉▉▉   **MS**

---

**Booking Date: 10/31/20   Time: 14:44**     **Transfer(Y/N)?**     **Facility: RCJ**
**Arrest Date: 10/31/20   Time: 14:44**     **Booking Officer: 2019080009   WHITE, BLAINE**
**Arresting Agency: RSO**     **Cell Assignment: AC214139**
**Officer:     Name not found**     **Status: PFEL     Class: C214**
**Location:**     **Hold Reason:     Court Date:**
**Brandon     MS**     **Holding For:**
**Searched By: J70**     **Phone Call: Y**     **Sentence Date:     / /**
**CLOTHING: Y     NCIC:     JAIL RULES Y**     **Scheduled Release:     / /   0:00**
**METAL:     WARRANT:**     **Probation Off./Atty.:**
**PAT: Y     PRINTS:**     **Bondsman:**
**STRIP: Y     PHOTO: Y**
**CAVITY:     VNR:**     **Drug Screen:**

---

### OFFENSES:

| Seq.No.: | Code: Incident Number | Description: Statute (RSA) | Fel/Mis: | Bond Amt: Fine Amount: | Bond Type: |
|---|---|---|---|---|---|
| 1 | 00475 RCJ2020100172 | POSSESSION OF A CONTROLLED SUBSTANCE III, IV OR V 41-29-139 (C)(3)(A) | F | 0.00 0.00 | |

---

**Notes:**

A/O T/O...BONDSMAN WENDY DILWORTH
D/O P/O...J70
B/O..T6

PRAR#2 003

Run: 1/05/21   1:03PM

CIRCUIT COURT B/W...T10PM

10/31/2020  15:27    Page:    1

## IN THE CIRCUIT COURT OF RANKIN COUNTY, MISSISSIPPI

**STATE OF MISSISSIPPI**



F I L E D
JUN 26 2020
REBECCA N. BOYD, CIRCUIT CLERK
BY                    m H

**VS.**

**CAUSE NO. 30690(E)**

**BRIAN CHRISTOPHER RAY**

**DEFENDANT**

### B E N C H   W A R R A N T

**TO ANY LAWFUL OFFICER OF
THE STATE OF MISSISSIPPI:**

You are hereby commanded to arrest and hold the above named Defendant, **BRIAN CHRISTOPHER RAY, DOB:** ▮▮▮▮▮**; Social Security**▮▮▮▮▮**;** who was previously indicted for the felony offenses of ***POSSESSION OF METHAMPHETAMINE AS A SUBSEQUENT DRUG OFFENDER AND AS A HABITUAL OFFENDER,*** and who failed to appear for **COURT** scheduled on June 24, 2020, commencing at 9:00 a.m., in this cause on the day set. You are to notify both the Rankin County Sheriff's Department and the Rankin County Circuit Court Clerk's Office, both which are located in Brandon, Mississippi, by teletype or other means of written communication, within 24 hours of the arrest of the Defendant of the fact of your detention of said person.

**SO ORDERED** this the ___26___ day of ___June___, 2020.

_John N. Emfinger_
**CIRCUIT JUDGE**

STATE OF MISSISSIPPI
COUNTY OF RANKIN
A true and correct copy, I hereby certify
REBECCA N. BOYD, CIRCUIT CLERK
BY _____ D.C.

# Rankin County Jail
## Bond Surrender Affidavit

**STATE OF MISSISSIPPI**

**COUNTY OF** _Rankin_

     Personally appeared before me, the undersigned authority in and for the aforesaid jurisdiction,

_Wendy Dilworth_____, after being duly sworn, certify that I am a licensed

professional bondsman employed by _A Beeline Bonding_ and that said

bonding company posted bond in the amount of $ _10,000 ºº_ for the following

Defendant:

     _Brian Christopher Ray_

whose identity has been verified, said bond being posted on the _28_ day of _January_,

20_19_ on the charge(s) of: _poss of C/s (meth)_

I further certify that said Defendant violated the conditions of his/her bond by:

_____ _fail to appear for scheduled court date_ and I hereby

**SURRENDER** him/her on said bond.

                                   _____
                                   **Bondsman**

     **SWORN TO AND SUBSCRIBED BEFORE ME**, this the _13_ day of

_October_, 20_20_.

                            _Rochelle Dixon_
                            Notary Public

**STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 80343
ROCHELLE DIXON
Commission Expires
April 30, 2022
RANKIN COUNTY**

My Commission expires: _____

This completed Affidavit must be presented to the Rankin County Jail upon surrender of said individual.

Run: 1/05/21   1:03PM

LAW AGENCY AFF...T10PM

10/31/2020  15:28    Page:    1

## LAW ENFORCEMENT AGENCY AFFIDAVIT

**STATE OF MISSISSIPPI**

**COUNTY OF __RANKIN__**

    **BEFORE ME,** the undersigned authority in and for the city aforesaid, this day personally appeared, the within named person, a law enforcement officer for aforesaid city, said law enforcement officer being by me first duly sworn, does certify that our agency's charge(s) of _____

__FTA Identity Theft ; Poss of Meth as Habitual__ _____ _____

against _____Brian Christopher Ray_____ is still a valid and active charge(s) to the best of my knowledge and belief according to our records.

    Furthermore, this law enforcement agency grants to __A Beeline Company_____, the bonding company whom bonded said individual on said charge(s), its **Approval to Surrender** said individual, for violating the conditions of his/her bond, to the Rankin County Sheriff, pursuant to §99-5-27(2)(a), Miss. Code Ann. (1972).

_Victoria Smith_
**Law Enforcement Officer/Warrants Clerk**

**SWORN TO AND SUBSCRIBED BEFORE ME** this the _13_ day of _Oct_ , 20_20_.

[Notary Seal: STATE OF MISSISSIPPI / ROBIN HETHERINGTON / NOTARY PUBLIC / ID No. 9607* / Commission Expires / May 12, 2023 / RANKIN COUNTY]

_Robin Hetherington_
**Notary**

This completed Affidavit must be presented to the Rankin County Jail upon surrender of said individual.

Run: 1/05/21   1:05PM                                      10/31/2020  15:29    Page:   1

MED SHEET...T10PM

# RANKIN COUNTY JAIL
### Booking Medical Sheet:   RCJ2020100172
**10/31/20       14:44**

ID #: 1001234        **Name:  RAY, BRIAN CHRISTOPHER**
                     **Address:** 2270 COUNTY HOME RD
                              HURLEY, MS  392270000

| | | | | |
|---|---|---|---|---|
| **DOB:** | **Race:** W | **Height:** 5- 9 | **Eyes:** BLU | **Home Phor e** |
| **Age:** 34 YRS | **Sex:** M | **Weight:** 190 | **Hair:** BRO | (601) 955-4164 |

**Soc. Sec. No.:**



## Yes/No        VISUAL ASSESSMENT

N      1.  Is inmate unconscious?

N      2.  Does inmate have any visible signs of trauma, illness, obvious pain or bleeding,
           requiring immediate medical attention?

N      3.  Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection
           that may be contagious?

N      4.  Any signs of poor skin condition, vermin, rashes or needle marks?

N      5.  Does inmate appear to be under the influence of drugs or alcohol?

N      6.  Any visible signs of alcohol or drug withdrawal?

N      7A.  Does inmate's behavior suggest the risk of suicide?

N      7B.  Does inmate's behavior suggest the risk of assault?

N      8.  Is inmate carrying medication?

N      9.  Does the inmate have any physical deformities?

N     10.  Does inmate appear to have psychiatric problems?

## Yes/No        MEDICAL QUESTION

11.  Do you have or have you ever had any of the following:

| | | | |
|---|---|---|---|
| a) allergies | e) epilepsy | i) high blood pressure | m) ulcers |
| b) arthritis | f) fainting spells | j) psychiatric disorder | n) venerial disease |
| c) asthma | g) heart condition | k) seizures | o) other(specify) |
| d) diabetes | h) hepatitis | l) tuberculosis | |

12.  Females only:

a) Are you pregnant?      b) Do you take birth control pills?      c) Have you recently delivered?

13.  Have you recently been hospitalized or treated by a doctor?

14.  Do you currently take any medication prescribed by a doctor?

15.  Are you allergic to any medication?

16.  Do you have any handicaps or conditions that limit activity?

17.  Have you ever attempted suicide or are you thinking about it now?

18.  Do you regularly use alcohol or street drugs?

19.  Do you have any problems when you stop drinking or using drugs?

20.  Do you have a special diet prescribed by a doctor?

21.  Do you have any problems or pain with your teeth?

22.  Do you have any other medical problems we should know about?

23.  Are you currently getting a check from Social Security for any reason?

**Medical Insurance:**                              **Doctor:**

**Emergency Contact:**                              **Relationship:**

**Address:**

**City:**                    **State:**    **Zip:**              **Phone:**

**Diet Restrictions and Medical Orders:**

PRAR#2 012

Run: 1/05/21    1:05PM                                          10/31/2020   15:30      Page:      1
PG2..T10PM

## RANKIN COUNTY JAIL
**Booking Medical Sheet:    RCJ2020100172**
**10/31/20      14:44**

I CERTIFY THAT I HAVE TRUTHFULLY ANSWERED THESE QUESTIONS ABOUT MY HEALTH.

Inmate's signature  X _____     Date _____  Time _____

Witness _____                    Date _____  Time _____

Attending Officer _____          Date 10-31-20 __  Time _____

PRAR#2 013

Run: 1/05/21   1:06PM                                    10/31/2020  19:25      Page:      1
WATCH..T10PM



## Sheriff's Department Rankin County, Mississippi

### Adult Detention Center

BRYAN BAILEY
SHERIFF OF RANKIN COUNTY

Date: _10/31/2020_

Watch initiated by: _J37  JC_

| Watch Type | | | | | |
|---|---|---|---|---|---|
| Administrative Segregation | | Lockdown | | Medical Management | X |
| Special Management | | Suicide Watch | | 24 Hour Observation | |
| Protective Custody | | Medical Watch | | Courtesy Hold | |

Inmate Name: _Ray, Brian_

RCJ#: _2020100172_

Watch Location: _221-25b_

Reason for watch:

_14 Day quarantine protocol_

Watch start date: _10/31/2020_   Time: _1440_

Officer/Medical Signature: _J37  JC  /AP_

Watch end date: _____   Time: _____

Officer/Medical Signature: _____

To be completed and turned into the Jail Administrator daily

Revised April 5, 2019

PRAR#2 018

Run: 1/05/21  1:06PM

11/05/2020  07:56    Page:  1

MED SHEET...T6SW

# RANKIN COUNTY JAIL

**Booking Medical Sheet:**   RCJ2020100172
**10/31/20    14:44**

ID #: 1001234        Name: RAY, BRIAN CHRISTOPHER
                     Address: 2270 COUNTY HOME RD
                     HURLEY, MS 392270000



DOB: ▆▆▆▆▆▆         Race: W        Height:  5- 9    Eyes: BLU    Home Phone
Age: 34 YRS        Sex:  M        Weight: 190     Hair: BRO    (601)955-4164
Soc. Sec. No.: ▆▆▆▆▆

## VISUAL ASSESSMENT

| Yes/No | | |
|---|---|---|
| N | 1. | Is inmate unconscious? |
| N | 2. | Does inmate have any visible signs of trauma, illness, obvious pain or bleeding, requiring immediate medical attention? |
| N | 3. | Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection that may be contagious? |
| N | 4. | Any signs of poor skin condition, vermin, rashes or needle marks? |
| N | 5. | Does inmate appear to be under the influence of drugs or alcohol? |
| N | 6. | Any visible signs of alcohol or drug withdrawal? |
| N | 7A. | Does inmate's behavior suggest the risk of suicide? |
| N | 7B. | Does inmate's behavior suggest the risk of assault? |
| N | 8. | Is inmate carrying medication? |
| N | 9. | Does the inmate have any physical deformities? |
| N | 10. | Does inmate appear to have psychiatric problems? |

## MEDICAL QUESTION

Yes/No

11. Do you have or have you ever had any of the following:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N | a) allergies | N | e) epilepsy | N | i) high blood pressure | N | m) ulcers |
| N | b) arthritis | N | f) fainting spells | N | j) psychiatric disorder | N | n) venerial disease |
| N | c) asthma | N | g) heart condition | N | k) seizures | N | o) other(specify) |
| N | d) diabetes | N | h) hepatitis | N | l) tuberculosis | | |

12. Females only:
a) Are you pregnant?        b) Do you take birth control pills?        c) Have you recently delivered?

| | | |
|---|---|---|
| N | 13. | Have you recently been hospitalized or treated by a doctor? |
| N | 14. | Do you currently take any medication prescribed by a doctor? |
| N | 15. | Are you allergic to any medication? |
| N | 16. | Do you have any handicaps or conditions that limit activity? |
| N | 17. | Have you ever attempted suicide or are you thinking about it now? |
| Y | 18. | Do you regularly use alcohol or street drugs? |
| N | 19. | Do you have any problems when you stop drinking or using drugs? |
| N | 20. | Do you have a special diet prescribed by a doctor? |
| N | 21. | Do you have any problems or pain with your teeth? |
| N | 22. | Do you have any other medical problems we should know about? |
| N | 23. | Are you currently getting a check from Social Security for any reason? |

**Medical Insurance: NONE**                    **Doctor: MOODY HAM OLD FANNIN**
**Emergency Contact: LINDA DOVE**              **Relationship: MOTHER**
**Address: 214 WATER WOOD DR**
  **City: BRANDON**            **State: MS Zip:  390470000    Phone  6019554164**
**Diet Restrictions and Medical Orders:**
**none**

PRAR#2 023

Run: 1/05/21   1:06PM                                                11/05/2020  07:57     Page:     1

PG.2...T6SW

# RANKIN COUNTY JAIL
**Booking Medical Sheet:**    RCJ2020100172
**10/31/20        14:44**

EXPLANATIONS (REFER TO QUESTION NUMBER)
**Q18:HARION ABOUT MOUTH AGO**

I CERTIFY THAT I HAVE TRUTHFULLY ANSWERED THESE QUESTIONS ABOUT MY HEALTH.

Inmate's signature _____     Date _11/5/20_   Time _0525_

Witness _____     Date _____     Time _____

Attending Officer _____     Date _11/5/20_   Time _0525_

PRAR#2 024

Run: 1/05/21   1:06PM                                          11/05/2020  12:16      Page:     1

WATCH...T6SW

 Sheriff's Department Rankin County, Mississippi
_____

Adult Detention Center                          BRYAN BAILEY
                                                SHERIFF OF RANKIN COUNTY

Date: 11/5/2020

Watch initiated by: _____

| Watch Type | | |
|---|---|---|
| Administrative Segregation | Lockdown | Medical Management |
| Special Management | Suicide Watch | 24 Hour Observation |
| Protective Custody | Medical Watch  X | |

Inmate Name: Brian Ray

RCJ#: 2020100172

Watch Location: _____

Reason for watch:

_____Withdrawal_____

_____

_____

_____

Watch start date: 11/5/2020   Time: 1002

Officer/Medical Signature: _____ J37 JC

Watch end date: _____ Time: _____

Officer/Medical Signature: _____

To be completed and turned into the Jail Administrator daily

Revised April 5, 2019

PRAR#2 025

### Rankin County Adult Detention Center
### Individual Inmate Segregation Record Sheet

**Date Beginning Segregation:** 10/31/20  **Date New Sheet Started:** _____  **Cell location:** 221-056

**Inmate Name:** Ray, Brian  **Authorized By:** J 37

| | |
|---|---|
| **Reason for Segregation:** | **Release Date:** 11-10-2020  **Release Time:** 0956 |
| Administrative Segregation: ☐ | **Releasing Officer:** J-5 |
| Disciplinary Detention: ☐ | **Location Inmate Moved To:**  Pod#: _____  Cell#: _____ |
| Medical Management: ☒ | **Instructions for Filling out Inmate Segregation Sheet** |
| Special Management: ☐ | **Pertinent Information:** Epileptic, Diabetic, Suicidal, Assaultive, Etc. |
| Suicide Watch: ☐ | **Meals: B**=Breakfast, L=Lunch, S=Supper Exercise: Enter Time Out |
| 24 Hour Observation: ☐ | **Medical PA:** Medical Physician's Assistant will sign each time inmate seen |
| Protective Custody: ☐ | **OIC:** Officer in charge (tower or booking) must sign each shift |
| Medical Watch: ☒ | **Comments:** Attitude, Special Instructions, Movement, Privileges, Etc. |
| Courtesy Hold: ☐ | |

**<u>Do not alter this form. Falsification of this form may result in termination. Approval Jail
Administrator: Revised 5/10/2019</u>**

The following section is used to notate any comments about inmates behavior, privileges, special instructions
(fully shackled, two officer escort), movement (court movement, medical, etc.), or any other pertinent
information regarding the inmate being segregated. When a new sheet is started pertinent information must be
transferred.

**Comments:**

14 Day Quarantine / fed in booking 10/31/20 1450 Tag... 11-5-20
moved to Med Watch per Medical – Inmate transported to
Hospital at 1929 on 11-8-2020   Released from ADC

**Inmate Cell Transfers:** If an Inmate is transferred from one segregated area to another, the current sheet is to
be taken to the appropriate tower. The moves must be notated below to reflect where the inmate was moved to,
who authorized, and the date the move was made.

Current Cell#: 221-256  New Cell#: 214-139  Moved By: J37  Date: 11-5-20

Current Cell#:_____  New Cell#:_____  Moved By: _____  Date: _____

Current Cell#:_____  New Cell#:_____  Moved By: _____  Date: _____

Current Cell#:_____  New Cell#:_____  Moved By: _____  Date: _____

PRAR#2 026

Run: 1/05/21   1:07PM

11/12/2020  09:18    Page:    1

PG.2...T6SW

*Pay review*

## Rankin County Adult Detention Center
### Individual Inmate Segregation Record Sheet

| Date | Time | Meals | Medical PA Signature | Exercise (Y/N) Time | Conduct (S/US) | OIC Signature |
|------|------|-------|----------------------|---------------------|----------------|---------------|
| 10/31 | 7AM-7PM | B- | | | | |
| | | L- | | | | |
| | 7PM-7AM | S- 1700 | RH 2120 | N | S | 64 |
| 11-1 | 7AM-7PM | B- 0557 | 1030955 | N | S | 40 |
| | | L- 1113 | | N | S | CHO |
| | 7PM-7AM | S- 1718 | AR 2130 | N | S | 70 |
| 11/2 | 7AM-7PM | B- 0552 | SS 0948 | N | S | J27 |
| | | L- 1105 | | N | S | 17 |
| | 7PM-7AM | S- 1725 | AL 2115 | N | S | 17 |
| 11/3 | 7AM-7PM | B- 0607 | AL 0848 | N | S | 46 |
| | | L- 1120 | | N | S | 17 |
| | 7PM-7AM | S- 1725 | AR 2117 | N | S | 17 |
| 11/4/20 | 7AM-7PM | B- 0610 | CA 0929 | N | S | 56 |
| | | L- 1104 | | N | S | 58 |
| | 7PM-7AM | S- 1732 | RH 2145 | N | S | 58 |
| 11-5 | 7AM-7PM | B- 0558 | 1130925 | N | S | 40 |
| | | L- 1124 | | N | S | 24 |
| | 7PM-7AM | S- 1708 | R 2140 | N | S | 24 |
| 11/6 | 7AM-7PM | B- 0606 | CA 0950 | N | S | 34 |
| | | L- 1142 | | N | S | 71 |
| | 7PM-7AM | S- 1742 | CP 2255 | N | S | 71 |
| 11/7 | 7AM-7PM | B- 0600 | CA 0920 | N | S | 74 |
| | | L- 1123 | | N | S | 71 |
| | 7PM-7AM | S- 1720 | VL 2142 | N | S | 71 |
| 11/8 | 7AM-7PM | B- 0605 | VL 0945 | N | S | 74 |
| | | L- 1122 | mark | N | S | 71 |
| | 7PM-7AM | S- 1714 | VL 2235 | N | S | 71 |
| | 7AM-7PM | B- | | | | |
| | | L- | | | | |
| | 7PM-7AM | S- | | | | |
| | 7AM-7PM | B- | | | | |
| | | L- | | | | |
| | 7PM-7AM | S- | | | | |
| | 7AM-7PM | B- | | | | |
| | | L- | | | | |
| | 7PM-7AM | S- | | | | |
| | 7AM-7PM | B- | | | | |
| | | L- | | | | |
| | 7PM-7AM | S- | | | | |
| | 7AM-7PM | B- | | | | |
| | | L- | | | | |
| | 7PM-7AM | S- | | | | |
| | 7AM-7PM | B- | | | | |
| | | L- | | | | |
| | 7PM-7AM | S- | | | | |

This portion of the Inmate Segregation Sheet is to notate the times at which the inmate being segregated is fed, seen by the PA, and allowed access to recreation, how their conduct has been, and the OIC to sign. All sections must be filled out by the Tower Officer or Booking Officer in charge of the inmate being segregated. Failure to comply will result in disciplinary actions. Any pertinent information will be recorded on the comment section on the reverse side of this form.

PRAR#2 027

# JAIL INCIDENT REPORT

### Incident Number:    2020110062

Incident Date/Time: 11/08/2020  20:52:27    Incident Type: SUICIDE WATCH

Incident Location: 214/139

Incident Cause: Inmate attempted suicide

## NARRATIVES (Facts):

Date/Time Entered:  11/08/2020 20:55:11        Entered By: BLACK, MASON

Blacks Report:

On November 8th, 2020, I Officer Black, was assigned to central tower as the tower officer. At around 1900hrs, I was operating the tower board for pod 213 because of sanitation. I then noticed that cell 141 in pod 214 was showing unlocked. Because the inmate that was housed in cell 141 was ▮▮▮▮▮▮▮▮ I looked to check the camera for cell 141 to make sure the inmate was okay. It was at this time i noticed Inmate Brian Ray hanging in his cell. At that time, I called Sgt. Bridges notified him of the situation. I then called for a medical emergency in pod 214.

End Of Report...

J71 M.Black

Date/Time Entered:  11/09/2020 00:01:09        Entered By: THORNTON, PATRICK

Thornton Supplement-

    On 11/8/2020 at around 1900, I Officer Thornton was in the Line Office when Central tower Officer Black called Sgt. Bridges on the phone and asked him to come to Central. Once Sgt. Bridges went to Central I Officer Thornton was making my way to Central Tower to see what was going on. That's when Sgt. Bridges radioed for my assistance in POD 214. I quickly responded to cell 139 and found where Sgt. Bridges was yelling for me to come quickly and help him get Inmate Ray who was hanging by a t-shirt that was tied off of a hole in the cell wall above the cells sink. Sgt. Bridges then picked Inmate Ray up and attempted to untie the t-shirt from his neck, I Officer Thornton used my pocket knife to  cut Inmate Ray down. Myself and Sgt. Bridges laid Inmate Ray on the floor. Sgt. Bridges then began checking for a pulse. After inmate Brian Ray was on the cell floor I radioed for medical assistance in 214. Officer Franklin showed up and started chest compressions, while Sgt. Bridges held Inmate Rays head to prevent any further injury's to his head or neck.  Nurse Cassandra, Candi, and Vicki arrived with the AED and advised that an ambulance needed to be called. Officer Hildeshiem radioed booking to call Brandon fire and Pafford medical and have them en route. Brandon Fired department arrived on scene and Pafford arrived and took over. Inmate Ray went out to Rankin Merit with Pafford EMS and J55.

EOR
Thornton J47

Date/Time Entered:  11/09/2020 00:23:21        Entered By: HILDESHEIM, TOMMY

Hildesheim Supplement-

    On the 11/8/20 @ approx.1900 Hrs. I Officer Hildesheim was helping with sanitation in Central pod 213 when I, Officer Hildesheim j56 heard over the radio Medical Emergency in Pod 214. I, Officer Hidesheim J56 arrived at that time Officer Franklin J55 Officer Thornton J47 and Sgt Bridges J41 was conducting CPR. I, Oficer Hildesheim assited medical and the officers with CPR. I notified booking via radio to get Brandon F/D and Praford ambulance en route. At approx.1909 Brandon F/D arrived and short peroid later at approx. 1914 Praford ambulance arrived and took over the scene  and took Inmate Ray to Merrit Health along with Officer Franklin J55.

End Of Report.....

Hildesheim J56

Date:    1/05/2021        Time:  3:19 PM

# JAIL INCIDENT REPORT

**Incident Number:**    **2020110062**

Date/Time Entered:  11/09/2020 07:26:44          Entered By: FRANKLIN, JOHNATHAN

Officer Franklin's Report

On 11/8/2020 at 1900hrs Officer Hildesheim and myself were conducting sanitation in POD 213. I heard Sgt. Bridges calling for Officer Thorton to come to POD 214 Cell 139 asap. I ran down the stairs in pod 213 and quickly made my way into pod 214 cell 139, upon entering the cell Sgt. Bridges stated inmate Ray was hanging himself and no longer had a pulse. As soon as Sgt. Bridges stated he had no pulse I immediately started chest compressions while Sgt. Bridges held inmate Rays head to avoid any further injury. Once the nurses arrived I swapped from CPR to Air supply.

Once Brandon F/D and Pafford showed they took over the scene and  CPR while I continued to give Air supply. Once inmate Ray had a pulse  again Padford and myself transported inmate Ray to the ambulance. Inmate Ray was Transported to Rankin Merritt Via Pafford ambulance 405.

End of Report
JF J55

## EVIDENCE COLLECTED:

NO DATA ENTERED

## ACTION(S)/RECOMMENDATION(S):

Date/Time Entered:  11/08/2020 23:39:42          Entered By: BRIDGES, JOSHUA

Bridges Supplement:

On 11/8/2020 at around 1901, I Sgt. Joshua Bridges J-41 was conducting my duties as the shift supervisor on duty when the following happened. Central tower officer black called me via phone and informed me that Inmate Brian Ray was attempting to hang himself by his neck in pod 214 cell 139. I quickly responded to cell 139 and found Inmate Ray hanging by a t-shirt that was tied off of a hole in the cell wall above the cells sink. I then picked Inmate Ray up and attempted to untie the t-shirt from his neck but could not. I then radioed for officer Thornton J47 to respond and assist me. Officer Thornton responded and cut Inmate Ray down and myself and Officer Thornton lade Inmate Ray on the floor. I then checked for a pulse and did not find one so I had Officer Franklin J-55 start chest compressions, while I held Inmate Rays head to prevent any further injury's to his head or neck. Myself, Officer Franklin, and Officer Thornton took turns giving chest compressions until the nurse arrived with the AED and advised that an ambulance needed to be called. Brandon fire and Pafford medical were notified at 1904. Brandon Fired department arrived on scene at 1909, and Pafford arrived on scene at 1914. Inmate Ray went out to Rankin Merit with Pafford EMS and J55 at 1929.

Joshua Bridges J-41

Date/Time Entered:  11/09/2020 00:16:57          Entered By: BRIDGES, JOSHUA

Bridges Actions:

Inmate Brian Ray was transported to Rankin Merit with Pafford EMS and Officer Franklin J-55

J. Bridges J-41

## SUPERVISOR/MANAGER REVIEW:

Date/Time Entered:  11/09/2020 09:44:08          Entered By: MURPHY, DEBRA

Sgt. Murphy's review

Handled by Officers.

D. Murphy J11

## INFRACTION(S) INVOLVED:

NO DATA ENTERED

Date:  1/05/2021          Time:  3:19 PM

# JAIL INCIDENT REPORT

**Incident Number:**     **2020110062**

**PARTIES INVOLVED:**

| | |
|---|---|
| Party Name: BLACK , MASON P | Involvement: OFFICER |
| Book Number (If Inmate): | Cell Assignment (If Inmate): |

| | |
|---|---|
| Party Name: FRANKLIN , JOHNATHAN PAUL | Involvement: OFFICER |
| Book Number (If Inmate): | Cell Assignment (If Inmate): |

| | |
|---|---|
| Party Name: HILDESHEIM , TOMMY W | Involvement: OFFICER |
| Book Number (If Inmate): | Cell Assignment (If Inmate): |

| | |
|---|---|
| Party Name: THORNTON , PATRICK ALFRED | Involvement: OFFICER |
| Book Number (If Inmate): | Cell Assignment (If Inmate): |

| | |
|---|---|
| Party Name: THORNTON , PATRICK ALFRED | Involvement: OFFICER |
| Book Number (If Inmate): | Cell Assignment (If Inmate): |

| | |
|---|---|
| Party Name: RAY , BRIAN CHRISTOPHER | Involvement: PARTICIPANT |
| Book Number (If Inmate):RCJ2020100172 | Cell Assignment (If Inmate):AC214139 |

Entered By: BLACK, MASON

Officer Making Report _____    Date _____    Time _____
2020080238

Approval Supervisor _____    Date _____    Time _____
2016090175

Approval Manager _____    Date _____    Time _____
C112668

PRAR#2,034

# Status Classification Assessment Sheet

Booking Number:   RCJ2020100172                                      Print Date:   01/08/2021
Assessment Date/Time:   10/31/2020   14:50

| | |
|---|---|
| NAME:  RAY, BRIAN CHRISTOPHER | Booking Date: 10/31/2020 |

JAIL NO:RCJ2020100172          D.O.B. ▇▇▇▇          RACE: W          SEX: M          SSN: ▇▇▇▇

Charge(s):  1) POSSESSION OF A CONTROLLE

You have been placed in the following classification:

This classification is determined by: current/past convictions; current/past institutional behavior; pending charges or holds in other jurisdictions (if any); sentenced or unsentenced; and/or any other information that may be deemed appropriate with regard to your personal security or the security of the facility. NOTE: Your classification can change when: charges are altered or reduced; you are sentenced; due to administrative hearings; due to regular periodic review; and / other reasons recommended by the jail staff.

Appeal Process: any inmate dissatisfied with his or her classification must appeal his/her classification, in writing, within ten (10) days of the primary classification or reclassification by addressing his/her appeal as APPEAL OF CLASSIFICATION and directing it to the Sheriff or his designee.

Classified by:                                                                              Date:

Comments by staff:

## PRIMARY SECURITY LEVEL ASSIGNMENT

**Risk Level:**

Is Current Offense Assaultive Felony?
◯ Yes   ⊙ No

Any Prior Assaultive Felony Convictions?
◯ Yes   ⊙ No

Any History of Escape?
◯ Yes   ⊙ No

3 or more Prior Felony Convictions in Last 5 Yrs.?
◯ Yes   ⊙ No

Detainer Warrant or Pending Charges?
◯ Yes   ⊙ No

Known Past/Present Serious Inst. Behavior Problems?
◯ Yes   ⊙ No

High Risk
☐ Assaultive
☐ Escape
☐ Suicidal
☐ Mental
☐ Gang Member
☐ Other

Special Condition
☐ Protective Custody
☐ Medical
☐ Juvenile
☐ Handicap/Retarded
☐ Body Fluid watch
☐ Other

⊙ If Pre-Sentence
◯ If Post-Sentence

⊙ F1, F2, F3 Felo
◯ F5 Fel. Or Misd.

| Risk Level | |
|---|---|
| 1 High | MAXIMUM |
| 2 Close Custody | |
| 3 Medium Aslt/Escp | MEDIUM |
| 4 Medium | |
| 5 Medium Pre | |
| 6 Minimum Pre | MINIMUM |
| 7 Minimum | |
| 8 Low Minimum | |
| 9 Very Low | |

PRAR#2 035

## Status Classification Assessment Sheet

Booking Number:   RCJ2020100172                          Print Date:   01/08/2021
Assessment Date/Time:     10/31/2020    14:50

### Primary Security Level Assignment

**Inmate Name:RAY, BRIAN CHRISTOPHER**                          **Inmate ID:1001234**

**Is Override of Security Designation Recommended:** ◯   Yes      ◯   No

**Written Explanation of Override:**

___

**Recommended Security Designation:**

◯   **1. High**      ◯   **2. Close Custody**      ◯   **3. Medium Assaultive-Escape**      ◯   **4. Medium**

◯   **5. Medium Pre-Sentenced**              ◯   **6. Minimum Pre-Sentenced**

◯   **7. Minimum**          ◯   **8. Low Minimum**              ◯   **9. Very Low**

___

**Signature of Officer completing Assessment:**                          **Date:**

**Supervisory Review of Override:**                    ◯   **APPROVED**      ◯   **DISAPPROVED**
**(If 'Disapproved', provide a written explanation)**

**Written Explanation of Disapproval:**

___

**Final Security Designation:**

◯   **1. High**      ◯   **2. Close Custody**      ◯   **3.  Medium Assaultive-Escape**      ◯   **4. Medium**

◯   **5. Medium Pre-Sentenced**              ◯   **6. Minimum Pre-Sentenced**

◯   **7. Minimum**          ◯   **8. Low Minimum**              ◯   **9. Very Low**

**Signature of Supervisor Conducting the review:**                          **Date:**

PRAR#2 036