# RANKIN COUNTY JAIL
## Activity Log Report
### All Entries

| Begin: 11/08/2020 | Through: 11/08/2020 | For Code: | Wild Card: NO | Count: | 450 |

---

Date/Time: 11/08/2020   19:09:09   Activity: GEN        GENERAL ACTIVITY
Location: sally port                                                                        2,097,635
Inmate:
Officer: 2016020034            WINSTON, PERK
Notes: Brandon fire on seen

---

Date/Time: 11/08/2020   19:04:08   Activity: BOOKING    BOOKING LOG ENTRIES
Location: Booking                                                                           2,097,640
Inmate:
Officer: 2016120385            DUPREE, VICTORIA
Notes: Notified Dispatch transfered to Brandon PD

---

Date/Time: 11/08/2020   19:00:27   Activity: EAST       EAST TOWER
Location: EAST                                                                              2,097,649
Inmate:
Officer: 2012100517            WILSON, SHALA
Notes: J22 SWILSON 10-8 IN EAST TOWER....SHIFT A
       POST ORDERS REVIEWED
       EMERGENCY OPERATION MANUAL REVIEWED
       5 KEYS PRESENT
       FIRST AID KIT....NOT PRESENT.....NARCAN NASAL SPRAY PRESENT

---

Date/Time: 11/08/2020   19:00:00   Activity: BOOKING    BOOKING LOG ENTRIES
Location: shift change                                                                      2,097,676
Inmate:
Officer: 2019120021            CANANT, MAYCE
Notes: J47 & J73 10-8 A- Shift
       Katie Law Packet how to
       Booking Memos
       Booking Instructions
       First Response Kit
       3 boxes fo narcan
       Box-12 Keys, 1 cuff cutter, & 1 talon rescue knife
       11 vehicle keys
       2 radios
       Pass on Complete

---

Date/Time: 11/08/2020   18:54:11   Activity: SCH        SUICIDE WATCH COMPLETE
Location:                                                                                   2,097,633
Inmate:
Officer: 2016120385            DUPREE, VICTORIA
Notes: IDS CHECKED ON THIS WATCH: 18296 ███  2020110053 ███  2012010354 ███ ,

---

Date/Time: 11/08/2020   18:51:35   Activity: WEST       WEST TOWER
Location: west                                                                              2,097,632
Inmate:
Officer: 2008080015            JONES, KEITH
Notes: off duty

---

Report Printed:   04/17/2024   11:39 AM              EXHIBIT 3             Page: 9 of 66

# RANKIN COUNTY JAIL
## Activity Log Report
All Entries

Begin: 11/08/2020  Through: 11/08/2020   For Code:            Wild Card: NO        Count:           450

---

Date/Time: 11/08/2020  18:39:53 Activity: WEST     WEST TOWER
Location: west pod 207                                                                                 2,097,631
Inmate:
Officer: 2008080015            JONES, KEITH
Notes: trusty hancock & anthony rolled off toilet tissue for each of the girls

---

Date/Time: 11/08/2020  18:37:53 Activity: JSECCHEC JAIL SECURITY/SEGREATION CHECK
Location: Module                                                                                        2,097,630
Inmate:
Officer: 2016020034            WINSTON, PERK
Notes: 10-2 head count conplete 12 + 2  for 14

---

Date/Time: 11/08/2020  18:36:56 Activity: SANIT    SANITATION RECEIVED
Location: south & west                                                                                  2,097,628
Inmate: 2018020302             DIAL, KAYLA                      RCJ2019070535
Officer: 2008080032            MILLIS, SONYA
Notes: & hancock

---

Date/Time: 11/08/2020  18:34:25 Activity: SCH      SUICIDE WATCH COMPLETE
Location:                                                                                               2,097,627
Inmate:
Officer: 2020010346            LARGENT, SEAN
Notes: IDS CHECKED ON THIS WATCH: 18296 ▊     2020110053 ▊    2012010354 ▊

---

Date/Time: 11/08/2020  18:27:48 Activity: TB       TRUSTEE BUILDING
Location: 409                                                                                           2,097,626
Inmate: 18900                  HENDRIX, JOHN                    RCJ2020080110
Officer: 2016020034            WINSTON, PERK
Notes: Back in from work

---

Date/Time: 11/08/2020  18:25:07 Activity: TB       TRUSTEE BUILDING
Location: Line office                                                                                   2,097,625
Inmate: 02376                  BARRETT, CHRISTOPHER             RCJ2019020092
Officer: 2016020034            WINSTON, PERK
Notes: Out for sanitation

---

Date/Time: 11/08/2020  18:13:12 Activity: SCH      SUICIDE WATCH COMPLETE
Location:                                                                                               2,097,624
Inmate:
Officer: 2016120385            DUPREE, VICTORIA
Notes: IDS CHECKED ON THIS WATCH: 18296 ▊     2020110053 ▊    2012010354 ▊

---

# RANKIN COUNTY JAIL
## Activity Log Report
All Entries

Begin: 11/08/2020   Through: 11/08/2020   For Code:          Wild Card: NO          Count:       450

Date/Time: 11/08/2020   18:13:04   Activity: SCH       SUICIDE WATCH COMPLETE
Location:                                                                                                    2,097,623
  Inmate:
  Officer: 2016120385                 DUPREE, VICTORIA
  Notes: IDS CHECKED ON THIS WATCH: 18296 ▆▆▆ 2020110053 ▆▆▆ 2012010354 ▆▆▆,

Date/Time: 11/08/2020   18:00:44   Activity: SOUTH     SOUTH TOWER
Location: tower                                                                                              2,097,629
  Inmate: 2012080196                  HANCOCK, COURTNEY             RCJ2019080371
  Officer: 2008080032                 MILLIS, SONYA
Notes: cleaned

Date/Time: 11/08/2020   17:57:17   Activity: TB        TRUSTEE BUILDING
Location: 409                                                                                                2,097,622
  Inmate: 2010040080                  PEETS, JONATHAN               RCJ2019060338
  Officer: 2016020034                 WINSTON, PERK
Notes: went for ice in 409

Date/Time: 11/08/2020   17:39:40   Activity: TB        TRUSTEE BUILDING
Location: 409                                                                                                2,097,621
  Inmate: 2019050242                  COLLETT, MARCUS               RCJ2020080117
  Officer: 2016020034                 WINSTON, PERK
Notes: Return form work

Date/Time: 11/08/2020   17:38:30   Activity: GEN       GENERAL ACTIVITY
Location: Lower Jail                                                                                         2,097,619
  Inmate:
  Officer: 2016020034                 WINSTON, PERK
Notes: All trash taken out per J68

Date/Time: 11/08/2020   17:38:10   Activity: WEST      WEST TOWER
Location: south & west                                                                                       2,097,620
  Inmate:
  Officer: 2008080015                 JONES, KEITH
Notes: trusty hancock & dial sanitizing

Date/Time: 11/08/2020   17:37:50   Activity: TB        TRUSTEE BUILDING
Location: read Bath room                                                                                     2,097,618
  Inmate: 103316                      MCCASKILL, CAMERON            RCJ2019030168
  Officer: 2016020034                 WINSTON, PERK
Notes: Cleaned

# RANKIN COUNTY JAIL
## Activity Log Report
All Entries

Begin: 11/08/2020   Through: 11/08/2020   For Code:   Wild Card: NO   Count:   450

Date/Time: 11/08/2020   17:36:44   Activity: TB   TRUSTEE BUILDING
Location: line office
Inmate:
Officer: 2016020034   WINSTON, PERK
Notes: Out with j25

2,097,617

Date/Time: 11/08/2020   17:36:21   Activity: SCH   SUICIDE WATCH COMPLETE
Location:
Inmate:
Officer: 2016120385   DUPREE, VICTORIA
Notes: IDS CHECKED ON THIS WATCH: 18296 ▓▓▓ 2020110053 ▓▓▓ 2012010354 ▓▓▓,

2,097,616

Date/Time: 11/08/2020   17:35:35   Activity: EAST   EAST TOWER
Location: 219 220 221
Inmate: 04628   BRAGG, ANTHONY   RCJ2020080105
Officer: 2020100187   FITZGERALD, BRIAN
Notes: BEEN FED..10-2 J52

2,097,615

Date/Time: 11/08/2020   17:32:07   Activity: JSECCHEC JAIL SECURITY/SEGREATIION CHECK
Location: 221
Inmate:
Officer: 2016020034   WINSTON, PERK
Notes: 10-2 and fed per j17

2,097,614

Date/Time: 11/08/2020   17:26:04   Activity: TB   TRUSTEE BUILDING
Location: gym
Inmate: 2012040197   MOSLEY, RYAN   RCJ2019050324
Officer: 2016020034   WINSTON, PERK
Notes: Out with J8

2,097,613

Date/Time: 11/08/2020   17:25:21   Activity: TB   TRUSTEE BUILDING
Location: out side
Inmate:
Officer: 2016020034   WINSTON, PERK
Notes: Turn lout side lights on

2,097,612

Date/Time: 11/08/2020   17:22:58   Activity: JSECCHEC JAIL SECURITY/SEGREATIION CHECK
Location: 219
Inmate:
Officer: 2016020034   WINSTON, PERK
Notes: 10-2 and fed per j72

2,097,611

# RANKIN COUNTY JAIL
## Activity Log Report
All Entries

Begin: 11/08/2020   Through: 11/08/2020   For Code:        Wild Card: NO        Count:        450

Date/Time: 11/08/2020   17:20:30 Activity: SCH        SUICIDE WATCH COMPLETE
Location:                                                                                           2,097,609
Inmate:
Officer: 2016120385                    DUPREE, VICTORIA
Notes: IDS CHECKED ON THIS WATCH: 18296 ▇▇▇ 2020110053 ▇▇▇ 2012010354 ▇▇▇

Date/Time: 11/08/2020   17:19:57 Activity: WEST        WEST TOWER
Location: south hallway                                                                             2,097,610
Inmate: 2012080196                    HANCOCK, COURTNEY            RCJ2019080371
Officer: 2008080015                   JONES, KEITH
Notes: trusty pushed cup & garbage cart to west hallway

Date/Time: 11/08/2020   17:17:50 Activity: NTLOG      NORTH TOWER LOG
Location: 325 326 327                                                                               2,097,608
Inmate: 2019050242                    COLLETT, MARCUS              RCJ2020080117
Officer: 2020070180                   FORTENBERRY, JAMES
Notes: PICKING UP CUPS

Date/Time: 11/08/2020   17:16:17 Activity: NTLOG      NORTH TOWER LOG
Location: NISO313                                                                                   2,097,607
Inmate: 2019050242                    COLLETT, MARCUS              RCJ2020080117
Officer: 2020070180                   FORTENBERRY, JAMES
Notes: REFUSED PHONE PER J68

Date/Time: 11/08/2020   17:14:13 Activity: CENTRAL    CENTRAL TOWER
Location: 214/213                                                                                   2,097,606
Inmate: 21104                         HUTTO, DAVID                 RCJ2020020184
Officer: 2020080238                   BLACK, MASON
Notes: Fed and 10-2 J72

Date/Time: 11/08/2020   17:13:28 Activity: WEST        WEST TOWER
Location: west tower                                                                                2,097,605
Inmate: 2012080196                    HANCOCK, COURTNEY            RCJ2019080371
Officer: 2008080015                   JONES, KEITH
Notes: trusty cleaning tower

Date/Time: 11/08/2020   17:10:59 Activity: NTLOG      NORTH TOWER LOG
Location: NISO                                                                                      2,097,604
Inmate: 2019050242                    COLLETT, MARCUS              RCJ2020080117
Officer: 2020070180                   FORTENBERRY, JAMES
Notes: FED

# RANKIN COUNTY JAIL
## Activity Log Report
All Entries

Begin: 11/08/2020   Through: 11/08/2020   For Code:        Wild Card: NO        Count:        450

| | |
|---|---|
| Date/Time: 11/08/2020  17:09:50  Activity: SOTUH | |
| Location: 201 | 2,097,603 |
| Inmate: 2012080196        HANCOCK, COURTNEY        RCJ2019080371 | |
| Officer: 2008080032        MILLIS, SONYA | |
| Notes: & dial picking up trash | |

Date/Time: 11/08/2020  17:07:05  Activity: JSECCHEC  JAIL SECURITY/SEGREATIION CHECK
Location: 214                                                                                              2,097,601
Inmate:
Officer: 2016020034        WINSTON, PERK
Notes: 10-2 and fed per j72

Date/Time: 11/08/2020  17:06:28  Activity: SCH        SUICIDE WATCH COMPLETE
Location:                                                                                                  2,097,599
Inmate:
Officer: 2016120385        DUPREE, VICTORIA
Notes: IDS CHECKED ON THIS WATCH: 18296 ▇▇ 2020110053 ▇▇ 2012010354 ▇▇

Date/Time: 11/08/2020  17:05:40  Activity: WEST       WEST TOWER
Location: west pod 207                                                                                     2,097,600
Inmate:
Officer: 2008080015        JONES, KEITH
Notes: trusty hancock changing channels on tv & trusty dial picking up garbage bag

Date/Time: 11/08/2020  17:04:20  Activity: NTLOG      NORTH TOWER LOG
Location: 325 326 327                                                                                      2,097,598
Inmate: 2019050242        COLLETT, MARCUS        RCJ2020080117
Officer: 2020070180        FORTENBERRY, JAMES
Notes: FED

Date/Time: 11/08/2020  17:02:30  Activity: WEST       WEST TOWER
Location: west pod 206                                                                                     2,097,602
Inmate: 2018020302        DIAL, KAYLA           RCJ2019070535
Officer: 2008080015        JONES, KEITH
Notes: trusty picking up garbage bag

Date/Time: 11/08/2020  17:02:02  Activity: CENTRAL    CENTRAL TOWER
Location: 214/213                                                                                          2,097,596
Inmate: 21104        HUTTO, DAVID        RCJ2020020184
Officer: 2020080238        BLACK, MASON
Notes: Began feeding. J72

# RANKIN COUNTY JAIL
## Activity Log Report
All Entries

Begin: 11/08/2020  Through: 11/08/2020   For Code:          Wild Card: NO          Count:       450

---

Date/Time: 11/08/2020  17:01:42  Activity: WEST       WEST TOWER
Location: west pods 206 , 207                                                                                 2,097,597
Inmate:
Officer: 2008080015                JONES, KEITH
Notes: trustys dial & hancock serving supper

---

Date/Time: 11/08/2020  17:00:06  Activity: WEST       WEST TOWER
Location: west pods 206 , 207                                                                                 2,097,595
Inmate:
Officer: 2008080015                JONES, KEITH
Notes: inmates released to dayroom  phones & tvs on

---

Date/Time: 11/08/2020  16:58:13  Activity: WEST       WEST TOWER
Location: west pod 208                                                                                        2,097,594
Inmate:
Officer: 2008080015                JONES, KEITH
Notes: 3 mentors out of pod

---

Date/Time: 11/08/2020  16:50:43  Activity: SOUTH      SOUTH TOWER
Location: 201                                                                                                 2,097,593
Inmate: 2018020302                 DIAL, KAYLA                          RCJ2019070535
Officer: 2008080032                MILLIS, SONYA
Notes: & hancock passing out supper bags/drinks

---

Date/Time: 11/08/2020  16:50:16  Activity: SOUTH      SOUTH TOWER
Location: 201/103                                                                                             2,097,592
Inmate: 2019070231                 MONTGOMERY, STAR                     RCJ2020070020
Officer: 2008080032                MILLIS, SONYA
Notes: back in cell

---

Date/Time: 11/08/2020  16:48:49  Activity: SCH        SUICIDE WATCH COMPLETE
Location:                                                                                                     2,097,590
Inmate:
Officer: 2016120385                DUPREE, VICTORIA
Notes: IDS CHECKED ON THIS WATCH: 18296 ▌     2020110053 ▌    2012010354 ▌

---

Date/Time: 11/08/2020  16:46:37  Activity: CENTRAL   CENTRAL TOWER
Location: 189/192/195                                                                                         2,097,589
Inmate: 21104                      HUTTO, DAVID                         RCJ2020020184
Officer: 2020080238                BLACK, MASON
Notes: Fed and 10-2

---