# Census Archive

Date of Census: 11/08/2020  
Print Date: 11/09/2023  
Cell Search Not Used  
Records Found: 346

| Name | First | SSN | Booking Number | Cell | Class | Booking Date | Act. Rel. Date |
|---|---|---|---|---|---|---|---|
| LEWIS / ID Number: 2020020362 | DAMION | | RCJ2020020404 | AC213131 | C213 | 02/24/2020 | 01/04/2021 |
| HARVEY / ID Number: 2013080324 | ALBERT | | RCJ2020100029 | AC213132 | C213 | 10/07/2020 | 03/18/2021 |
| ILES / ID Number: 2016100404 | NICHOLAS | | RCJ2018040469 | AC213133 | C213 | 04/25/2018 | 04/07/2021 |
| LEWIS / ID Number: 25791 | WOODROW | | RCJ2020080145 | AC213133 | C213 | 08/21/2020 | 10/02/2023 |
| MELVIN / ID Number: 29960 | RAYMOND | | RCJ2019040048 | AC213133 | C213 | 04/03/2019 | |
| TAYLOR / ID Number: 2018100312 | BRIAN | | RCJ2019030255 | AC213135 | C213 | 03/21/2019 | 11/20/2020 |
| MORRIS / ID Number: 2020050296 | ASHTON | | RCJ2020050042 | AC213231 | C213 | 05/28/2020 | 11/12/2020 |
| ROBINSON / ID Number: 2020100249 | JADORIUS | | RCJ2020100127 | AC213231 | C213 | 10/24/2020 | 12/16/2020 |
| SPEARS / ID Number: 1002591 | KENNETH | | RCJ2020030146 | AC213232 | C213 | 03/11/2020 | 02/10/2021 |
| BARRON / ID Number: 02423 | GUY | | RCJ2020060117 | AC213233 | C213 | 06/21/2020 | 12/11/2020 |
| HOBSON / ID Number: 19723 | TIMOTHY | | RCJ2020020369 | AC213233 | C213 | 02/21/2020 | |
| DENMAN / ID Number: 2019120372 | CARRNELL | | RCJ2019120354 | AC213234 | C213 | 12/21/2019 | 02/23/2021 |
| WELLS / ID Number: 2016020315 | DAJUAN | | RCJ2019030373 | AC213235 | C213 | 03/21/2019 | 11/17/2020 |
| BLACKWELL / ID Number: 2020060203 | JOAQUIN | | RCJ2020060077 | AC214138 | C214 | 06/13/2020 | 01/17/2023 |
| L▮▮▮ / ID Number: 2020110053 | C▮▮▮ | | RCJ2020110025 | AC214138 | C214 | 11/05/2020 | 11/10/2020 |
| WHITE / ID Number: 2008120418 | BILLY | | RCJ2018050385 | AC214138 | C214 | 05/20/2018 | 05/04/2021 |
| RAY / ID Number: 1001234 | BRIAN | | RCJ2020100172 | AC214139 | C214 | 10/31/2020 | 11/10/2020 |
| P▮▮▮ / ID Number: 2012010354 | C▮▮▮ | | RCJ2020110041 | AC214141 | C214 | 11/08/2020 | 11/18/2020 |
| JOHNSON / ID Number: 2020100162 | EUGENE | | RCJ2020100096 | AC214142 | C214 | 10/19/2020 | 04/13/2021 |
| OGIAMIEN / ID Number: 103830 | VINCENT | | RCJ2020060155 | AC214142 | C214 | 06/26/2020 | 11/20/2020 |
| VERCHER / ID Number: 45556 | MARK | | RCJ2020110008 | AC214237 | C214 | 11/03/2020 | 12/17/2020 |

**EXHIBIT 4**

# Census Archive

| | |
|---|---|
| Date of Census: 11/08/2020 | Print Date: 11/09/2023 |
| Cell Search Not Used | |
| Records Found: 346 | |

| Name / ID | First / SSN | Booking / Cell / Class | Dates |
|---|---|---|---|
| Name: WHITE<br>ID Number: 1007316 | JOSHUA<br>SSN: | Booking Number: RCJ2020100147<br>Cell: AC214238  Class: C214 | Booking Date: 10/28/2020<br>Act. Rel. Date: 01/19/2023 |
| Name: LUCEAR<br>ID Number: 2015110357 | DEMONTRA<br>SSN: | Booking Number: RCJ2020020081<br>Cell: AC214241  Class: C214 | Booking Date: 02/06/2020<br>Act. Rel. Date: 12/20/2022 |
| Name: BEATY<br>ID Number: 2017090250 | AUSTIN<br>SSN: | Booking Number: RCJ2020100088<br>Cell: AD189  Class: D189 | Booking Date: 10/18/2020<br>Act. Rel. Date: 01/08/2021 |
| Name: BURNHAM  III<br>ID Number: 06310 | ELLIS<br>SSN: | Booking Number: RCJ2020090157<br>Cell: AD189  Class: D189 | Booking Date: 09/29/2020<br>Act. Rel. Date: 11/25/2020 |
| Name: COOPER  JR<br>ID Number: 2010110414 | DONALD<br>SSN: | Booking Number: RCJ2020100028<br>Cell: AD189  Class: D189 | Booking Date: 10/07/2020<br>Act. Rel. Date: 11/24/2020 |
| Name: EVANS<br>ID Number: 2012040050 | RODERICK<br>SSN: | Booking Number: RCJ2020100039<br>Cell: AD189  Class: D189 | Booking Date: 10/08/2020<br>Act. Rel. Date: 12/02/2020 |
| Name: FLEMING<br>ID Number: 2010120404 | WILLIAM<br>SSN: | Booking Number: RCJ2020100063<br>Cell: AD189  Class: D189 | Booking Date: 10/13/2020<br>Act. Rel. Date: 12/02/2020 |
| Name: GRAY<br>ID Number: 2017080070 | CARNEIGIO<br>SSN: | Booking Number: RCJ2020100161<br>Cell: AD189  Class: D189 | Booking Date: 10/30/2020<br>Act. Rel. Date: 02/01/2021 |
| Name: HARPER<br>ID Number: 2020100324 | MICHAEL<br>SSN: | Booking Number: RCJ2020100157<br>Cell: AD189  Class: D189 | Booking Date: 10/29/2020<br>Act. Rel. Date: 11/24/2020 |
| Name: LILLY<br>ID Number: 2019090417 | DUSTIN<br>SSN: | Booking Number: RCJ2020100083<br>Cell: AD189  Class: D189 | Booking Date: 10/17/2020<br>Act. Rel. Date: 11/17/2020 |
| Name: OWENS<br>ID Number: 66980 | JOHN<br>SSN: | Booking Number: RCJ2020110036<br>Cell: AD189  Class: D189 | Booking Date: 11/07/2020<br>Act. Rel. Date: 01/26/2021 |
| Name: QUALLS<br>ID Number: 2019010166 | ROOSEVELT<br>SSN: | Booking Number: RCJ2019050424<br>Cell: AD189  Class: D189 | Booking Date: 05/24/2019<br>Act. Rel. Date: 03/16/2021 |
| Name: SPANN<br>ID Number: 104823 | JOSHUA<br>SSN: | Booking Number: RCJ2020100143<br>Cell: AD189  Class: D189 | Booking Date: 10/27/2020<br>Act. Rel. Date: 01/05/2021 |
| Name: STRICKLAND<br>ID Number: 2020060099 | MICHAEL<br>SSN: | Booking Number: RCJ2020060042<br>Cell: AD189  Class: D189 | Booking Date: 06/07/2020<br>Act. Rel. Date: 11/24/2020 |
| Name: TAYLOR<br>ID Number: 2017020044 | CASEY<br>SSN: | Booking Number: RCJ2020100071<br>Cell: AD189  Class: D189 | Booking Date: 10/14/2020<br>Act. Rel. Date: 11/20/2020 |
| Name: THOMAS<br>ID Number: 2020060409 | DEVIN<br>SSN: | Booking Number: RCJ2020060171<br>Cell: AD189  Class: D189 | Booking Date: 06/30/2020<br>Act. Rel. Date: 12/06/2020 |
| Name: THOMPSON<br>ID Number: 105143 | NATHANIEL<br>SSN: | Booking Number: RCJ2020100106<br>Cell: AD189  Class: D189 | Booking Date: 10/20/2020<br>Act. Rel. Date: 11/12/2020 |
| Name: TROTTER<br>ID Number: 2013110130 | JOHNNY<br>SSN: | Booking Number: RCJ2020100128<br>Cell: AD189  Class: D189 | Booking Date: 10/24/2020<br>Act. Rel. Date: 04/27/2021 |
| Name: DILLINER<br>ID Number: 2020090087 | BRUCE<br>SSN: | Booking Number: RCJ2020090053<br>Cell: AD192  Class: D192 | Booking Date: 09/09/2020<br>Act. Rel. Date: 12/26/2020 |
| Name: H█████<br>ID Number: 18296 | E█████<br>SSN: | Booking Number: RCJ2020100117<br>Cell: AD192  Class: D192 | Booking Date: 10/22/2020<br>Act. Rel. Date: 02/26/2021 |
| Name: MCLANEY<br>ID Number: 2019080506 | STUART<br>SSN: | Booking Number: RCJ2020100026<br>Cell: AD192  Class: D192 | Booking Date: 10/07/2020<br>Act. Rel. Date: 12/08/2020 |