**Exhibit 5 – Video of Pod 214, Cell 139 on November 8, 2020**

---------------------------------------------------------------------------------

**TO BE CONVENTIONALLY FILED WITH THE CLERK OF COURT**