# Rankin County Shift Assignments



| Date : 11/08/2020 | Shift – C | | | |
|---|---|---|---|---|
| Assignment Location | Assigned Officer | Badge# | Radio# | Taser# |
| Shift Sergeant | VANCOR/BRIDGES | 67/41 | P | P |
| Booking (1) Releasing | DUPREE | 65 | P | 1 |
| Booking (2) Booking | LARGENT | 64 | P | |
| Booking (3) Booking | | | | |
| Line Officer (Upstairs) | CHAPMAN | 72 | P | |
| Line Officer (Upstairs) | CROCKER | 52 | P | |
| Line Officer (Upstairs) | | | | |
| South Tower | MILLIS | 33 | P | |
| West Tower | L.JONES | 18 | P | |
| Central Tower | BLACK | 71 | P | |
| East Tower | FITZGERALD | 17 | P | |
| North Tower | FORTENBERRY | 35 | P | |
| Line Officer (Downstairs) | PINTER | 68 | P | 4 |
| New Building Tower | WINSTON | 29 | P | |
| New Building Line Officer | BIGGERS | 25 | P | |
| Medical Officer | CHRISTIAN | 59 | P | |
| Jail Receptionist | | | | |
| Hospital Detail | | | | |
| Reason For Absence | Absent Officer | Badge# | Replacement | |
| Vacation | | | | |
| Sick | LAWSON | J26 | | |
| Short | | | | |
| Military | SCHMIDT | J69 | WINSTON J29 | |
| Called In | | | | |

| Sgt. Vancor J67 | 11/08/2020 |
|---|---|
| Shift Sergeant | Date |

Signature: 11.9.2020

EXHIBIT 6

# Rankin County Shift Assignments



| Date: 11/8/2020 | Shift – A | | | |
|---|---|---|---|---|
| Assignment Location | Assigned Officer | Badge# | Radio# | Taser# |
| Shift Sergeant | Bridges/Vancor | J41/J67 | P | P |
| Booking (1) Releasing | Thornton | J47 | P | 2 |
| Booking (2) Booking | Canant | J73 | P | |
| Booking (3) Booking | | | | |
| Line Officer (Upstairs) | Mindy | J62 | P | |
| Line Officer (Upstairs) | | | | |
| Line Officer (Upstairs) | | | | |
| South Tower | Temple | J7 | P | |
| West Tower | Griffith | J22 | P | |
| Central Tower | Warren | J74 | P | |
| East Tower | Wilson | J22 | P | |
| North Tower | Rhodes | J57 | P | |
| Line Officer (Downstairs) | Hynes | J28 | P | 4 |
| New Building Tower Officer | Tew | J27 | P | |
| New Building Line Officer | Hildesheim | J56 | P | |
| Medical Officer | | | | |
| Hospital Detail | Franklin | J55 | 1 | 1 |
| Hospital Detail | | | | |
| Reason For Absence | Absent Officer | Badge# | Replacement | |
| Medical Leave | Jenkins | J15 | | |
| Vacation | Fox | J39 | Griffith J14 | |
| Called in | Mauldin | J46 | Mindy J62 | |
| Hospital Detail | Franklin | J55 | Tew J27 | |
| Jail School | | | | |

| J. Bridges J-41 | 11/8/2020 |
|---|---|
| Shift Sergeant | Date |

| OAT | 11.9.2020 |
|---|---|
| Jail Operations Lieutenant | Date |

# Rankin County Sheriff's Office
## Weekly Time Sheet

Dept: **Adult Detention Center**　　From　11/8/2020　To　11/14/2020

Name: **PENNINGTON, AMANDA ELLEN**　　Badge#: J4

| Day | Shift Hours Begin | Shift Hours End | Meal | Total Hours Worked | Hol | Vac | Sick |
|---|---|---|---|---|---|---|---|
| Sun | | | | | | | |
| Mon | 0530 | 1730 | 1 | 11 | | | |
| Tue | 0800 | 1700 | | 8 | | | |
| Wed | 0800 | 1700 | | | 8 | | |
| Thu | 0800 | 1700 | | 8 | | | |
| Fri | 0800 | 1700 | | 8 | | | |
| Sat | | | | | | | |
| Totals | | | | 35 | 8 | | |

Signed　*AP*

Approved　*Dal Bets*

Explanation　Tues, Thur, Fri  out ▮▮▮▮▮▮▮▮▮

# Rankin County Sheriff's Office
## Weekly Time Sheet

**Dept:** Adult Detention Center          **From** 11/8/2020   **To**   11/14/2020

**Name:** FRANKLIN, JOHNATHAN PAUL          **Badge#:**          J-55

| Day | Shift Hours Begin | Shift Hours End | Meal | Total Hours Worked | Leave Hours Used Hol | Vac | Sick |
|---|---|---|---|---|---|---|---|
| Sun | 1900 | 0700 | | 12 | | | |
| Mon | | | | | | | |
| Tue | | | | | | | |
| Wed | 1900 | 0700 | | 12 | 12 | | |
| Thu | 1900 | 0700 | | 12 | | | |
| Fri | | | | | | | |
| Sat | | | | | | | |
| Totals | | | | 36 | 12 | | |

Signed  *[signature]*

Approved  Vancor  J67  Dal Rt

Explanation  Holiday  11-11-2020

# Rankin County Sheriff's Office
## Weekly Time Sheet

Dept: **Adult Detention Center**   From 11/8/2020   To 11/14/2020

Name: <u>HILDESHEIM, TOMMY W</u>   Badge#: J56

| Day | Shift Hours Begin | Shift Hours End | Meal | Total Hours Worked | Hol | Vac | Sick |
|---|---|---|---|---|---|---|---|
| Sun | 1900 | 0700 | | 12 | | | |
| Mon | | | | | | | |
| Tue | | | | | | | |
| Wed | 1900 | 0700 | | 12 | 12 | | |
| Thu | 1900 | 0700 | | 12 | | | |
| Fri | | | | | | | |
| Sat | | | | | | | |
| Totals | | | | 36 | 12 | | |

Signed *Hildesheim*
Approved  Vancor J67 Del Bt
Explanation  Holiday 11-11-2020

# Rankin County Sheriff's Office
## Weekly Time Sheet

**Dept:** Adult Detention Center        **From** 11/8/2020   **To** 11/14/2020

**Name:** THORNTON, PATRICK ALFRED        **Badge#:** J-47

| Day | Shift Hours Begin | Shift Hours End | Meal | Total Hours Worked | Leave Hours Used Hol | Vac | Sick |
|---|---|---|---|---|---|---|---|
| Sun | 1900 | 0700 | | 12 | | | |
| Mon | | | | | | | |
| Tue | | | | | | | |
| Wed | 1900 | 0700 | | 12 | 12 | | |
| Thu | 1900 | 0700 | | 12 | | | |
| Fri | | | | | | | |
| Sat | 1900 | 0700 | | 12 | | | |
| Totals | | | | 48 | 12 | | |

Signed _____

Approved  Vancor J67 Del Bt

Explanation  Holiday 11-11-2020  11-14-2020 Called in to work New Jail