## AFFIDAVIT OF AMANDA THOMPSON

STATE OF MISSISSIPPI
COUNTY OF RANKIN

NOW COMES Amanda Thompson, Affiant, and first being duly sworn does hereby state upon first-hand personal knowledge and under oath, as follows:

1. I am an adult resident citizen of Mississippi and have personal, first-hand knowledge of the facts set forth in this affidavit. I am under no mental disability and am competent to make this affidavit.

2. I was not scheduled to work at the Rankin County Adult Detention Center on either Saturday, November 7, 2020 or Sunday, November 8, 2020, was not present at the facility on these days, and have no personal, first-hand knowledge of events related to Chris Ray's suicide.

3. I was not made aware of Chris Ray's suicide until I arrived at work on Monday, November 9, 2020.

FURTHER Affiant sayeth not.

_____
AMANDA THOMPSON

SWORN & SUBSCRIBED BEFORE ME, this the 9 day of May, 2024.

_____
NOTARY PUBLIC

My Commission Expires:

_____

**EXHIBIT 7**