Jason E. Dare
jdare@bpislaw.com
Direct: 601.987.5307

**BPI&S**
BIGGS, PETTIS, INGRAM & SOLOP, PLLC
Attorneys at Law

P.O. Box 14028
Jackson, MS 39236-4028

111 E. Capitol Street, Ste. 101
Jackson, MS 39201

Telephone: 601.713.1192
Facsimile: 601.987.5307

www.bpislaw.com

___

March 5, 2021

Luke Whitaker, Esq.
Carroll Bufkin, PLLC
1076 Highland Colony Parkway
600 Concourse, Suite 125
Ridgeland, Mississippi 39157
Via Email: lwhitaker@carrollbufkin.com

Re: Brian Christopher Ray - Response to Public Records Act Request #2

Luke:

I have been retained by Rankin County, Mississippi to respond to the Public Records Act request made by you, on behalf of your client, for the inmate and medical records of Brian Christopher Ray. Since your client is Katie Fondren Carson, mother and next friend of B▮▮▮ Z▮▮▮▮▮▮ R▮▮, since B▮▮▮ Z▮▮▮▮▮▮ R▮▮ is the sole heir-at-law of Brian Christopher Ray per your client's affidavit, and since you have provided what appears to be a proper HIPAA compliant authorization with your request, I produce with this correspondence the full inmate and medical records of Brian Christopher Ray, which are bates stamped PRAR#2 1-90. I have redacted Mr. Ray's social security number and date of birth from these records. I also produce the telephone call recording and video referenced in my January 15, 2021 correspondence to you. These records are only from Mr. Ray's detention beginning October 31, 2020. Please let me know if you need records from Mr. Ray's prior bookings at the Rankin County Jail.

You have additionally requested various policies and procedures of the Rankin County Jail, which are produced and bates stamped PRAR#2 91-116.

I have withheld from production Rankin County's investigative file, including a list of items collected, pursuant to the investigative material exemption.

Sincerely,

/s/ Jason E. Dare

Jason E. Dare

**EXHIBIT 9**