IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**KATIE FONDREN CARSON, as Administratrix**            **PLAINTIFFS**
**of the Estate of Brian Christopher Ray, et al.**

**v.**            **CAUSE NO. 3:23cv3063-HTW-LGI**

**RANKIN COUNTY, et al.**            **DEFENDANTS**

### RANKIN COUNTY'S MOTION FOR JUDGMENT ON THE PLEADINGS

**NOW COMES** Defendant Rankin County, Mississippi, and moves for judgment on the pleadings by stating as follows:

1. Plaintiffs have failed to allege a *Monell* claim against this Defendant.

2. Based on all legal precedent and analysis in its accompanying Memorandum of Authorities, Rankin County respectfully requests judgment in its favor.

**WHEREFORE, PREMISES CONSIDERED,** Rankin County prays that this Court grant its instant motion and dismiss all claims against it.

**RESPECTFULLY SUBMITTED,** this 10th day of May, 2024.

           **RANKIN COUNTY, MS - DEFENDANT**

     **BY:**    */s/ Jason E. Dare*
           **JASON E. DARE**

**OF COUNSEL:**

Jason E. Dare (MSB No. 100973)
jdare@bislawyers.com
BIGGS, INGRAM & SOLOP, PLLC
Post Office Box 14028
Jackson, Mississippi  39236-4028
Telephone:    (601) 987-5307
Facsimile:      (601) 987-5307