

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**KATIE FONDREN CARSON, as Administratrix**     **PLAINTIFFS**
**of the Estate of Brian Christopher Ray, AND**
**on Behalf of the Wrongful Death Beneficiaries of**
**Brian Christopher Ray, AND as Mother and Next Friend**
**of B.Z.R., a Minor**
**v**     **CAUSE NO. 3:23CV3063-HTW-LGI**

**RANKIN COUNTY, MISSISSIPPI, et al.**     **DEFENDANTS**

## NOTICE OF CONVENTIONAL FILING

**NOW COME,** Defendants, Sheriff Bryan Bailey, Amanda Thompson, Joshua Bridges, Mason Black, Johnathan Franklin, Tommy Hildesheim, and Patrick Thornton, all in their individual capacities, and state that they have conventionally filed the following exhibit in support of their *Motion for Summary Judgment Premised on Qualified Immunity* [Doc. 14], that could not be filed electronically:

1.    **Exhibit 5** – Video.

This Declaration and a CD/DVD containing this file is being filed conventionally with the Clerk of Court, and all items filed conventionally have been this day served on all parties of record.

**RESPECTFULLY SUBMITTED,** this 10th day of May, 2024.

           **SHERIFF BRYAN BAILEY, AMANDA THOMPSON, JOSHUA BRIDGES, MASON BLACK, JOHNATHAN FRANKLIN, TOMMY HILDESHEIM, & PATRICK THORNTON - DEFENDANTS**

           BY: /s/ Jason E. Dare
           **Jason E. Dare**

**OF COUNSEL:**

Jason E. Dare (MSB No. 100973)
jdare@bislawyers.com
BIGGS, INGRAM & SOLOP, PLLC
Post Office Box 14028
Jackson, Mississippi 39236-4028
Telephone:   (601) 987-5307
Facsimile:   (601) 987-5307