# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**KATIE FONDREN CARSON, ET AL.**                                                          **PLAINTIFFS**

**VERSUS**                                                              **NO. 3:23CV3063-HTW-LGI**

**RANKIN COUNTY, MISSISSIPPI, ET AL.**                                                    **DEFENDANTS**

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that Plaintiff, Katie Fondren Carson, as Administratrix of the Estate of Brian Christopher Ray, and on Behalf of the Wrongful Death Beneficiaries of Brian Christopher Ray, and as Mother and Next Friend of B.Z.R., a Minor, by and through undersigned counsel, has this day served the following in the above-referenced matter:

1. *Plaintiff's First Set of Interrogatories Propounded to Defendant Rankin County.*

Pursuant to Local Rule, Plaintiff retains the original of said papers as custodian thereof.

RESPECTFULLY SUBMITTED, THIS the 30th day of May 2024.

                                **KATIE FONDREN CARSON**

                     BY:     */s/ Courtney D. Sanders*_____
                              COURTNEY D. SANDERS

**OF COUNSEL:**

CHARLES R. MULLINS (MB# 9821)
MERRIDA (BUDDY) COXWELL (MB# 7782)
COURTNEY D. SANDERS (MB# 106444)
COXWELL & ASSOCIATES, PLLC
500 N. State St.
Jackson, Mississippi 39201
Telephone: (601) 948-1600
Facsimile: (601) 948-1600
chuckm@coxwelllaw.com
merridac@coxwelllaw.com

courtneys@coxwelllaw.com
*Attorneys for Plaintiff*

Victor I. Fleitas, P.A.
452 North Spring Street
Tupelo, Mississippi 38804
662.840.0270 / Phone
662.840.1047 / Facsimile
fleitasv@bellsouth.net / Email
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Courtney D. Sanders, attorney of record for the Plaintiff in the above-styled and referenced matter, do hereby certify that I have this date filed the above and foregoing *Notice of Service* with the Clerk of the Court via the ECF system, which sent notice of same to all counsel of record.

THIS, the 30th day of May, 2024.

*/s/ Courtney D. Sanders*
**COURTNEY D. SANDERS**