**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**KATIE FONDREN CARSON, et al.**                                                                    **PLAINTIFFS**

**v.**                                                                                      **NO. 3:23cv3063-HTW-LGI**

**RANKIN COUNTY, MISSISSIPPI, et al.**                                                       **DEFENDANTS**

**NOTICE OF SERVICE OF DISCOVERY**

Notice is hereby given that on this date, Rankin County served the following discovery document in the above-styled and numbered action:

- *Rankin County's Responses to Plaintiffs' First Set of Requests for Admissions.*

**DATED,** this 26th day of June, 2024.

               **RANKIN COUNTY – Defendant**

            **BY:**  */s/ Jason E. Dare*
                **JASON E. DARE**

**OF COUNSEL:**

Jason E. Dare (MSB No. 100973)
jdare@bislawyers.com
Biggs, Ingram & Solop, PLLC
Post Office Box 14028
Jackson, Mississippi 39236-4028
Telephone: (601) 987-5307
Facsimile: (601) 987-5307