**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**KATIE FONDREN CARSON, as Administratrix**                        **PLAINTIFFS**
**of the Estate of Brian Christopher Ray, et al.**

**v.**                                                                      **CAUSE NO. 3:23cv3063-HTW-LGI**

**RANKIN COUNTY, et al.**                                                               **DEFENDANTS**

**NOTICE OF DEPOSITION**

**PLEASE TAKE NOTICE** that Defendants, Rankin County, Mississippi and Sheriff Bryan Bailey, Amanda Thompson, Joshua Bridges, Mason Black, Johnathan Franklin, Tommy Hildesheim, and Patrick Thornton, will take the deposition of **Patti Gatlin**, on **Monday, July 1, 2024,** at **1:00 p.m. CST.**, at the offices of Coxwell & Mullins, 500 N. State Street, Jackson, MS 39201. The deposition will be taken before a notary, stenographer, court reporter, and/or videographer or other officer authorized to administer oaths.

You are invited to attend and participate as you deem proper.

**RESPECTFULLY SUBMITTED,** this 27th day of June, 2024.

                                             **RANKIN COUNTY, BRYAN BAILEY, AMANDA THOMPSON, JOSHUA BRIDGES, MASON BLACK, JOHNATHAN FRANKLIN, TOMMY HILDESHEIM, & PATRICK THORNTON - DEFENDANTS**

                                 **BY:**      */s/ Jason E. Dare*
                                                         **JASON E. DARE**

**OF COUNSEL:**

Jason E. Dare (MSB No. 100973)
jdare@bislawyers.com
BIGGS, INGRAM & SOLOP, PLLC
Post Office Box 14028
Jackson, Mississippi 39236-4028
Telephone: (601) 987-5307
Facsimile: (601) 987-5307