IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KATIE FONDREN CARSON, ET AL.                             PLAINTIFFS

VERSUS                                                     NO. 3:23CV3063-HTW-LGI

RANKIN COUNTY, MISSISSIPPI, ET AL.                       DEFENDANTS

### NOTICE OF DEPOSITION

To:     Jason E. Dare, Esq.
        Biggs, Ingram & Solop
        Post Office Box 14028
        Jackson, Mississippi 39236
        jdare@bislawyers.com

      PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 30(b), at the time and place set forth herein, the undersigned, attorney of record for the Plaintiffs, will take the deposition(s) upon oral examination of the person(s) listed below before a notary public or other officer authorized by law to administer oaths:

      NAME:      Amanda Thompson
      DATE:       Monday, July 1, 2024
      TIME:        2:00 p.m.
      PLACE:      Coxwell & Mullins
                          500 North State Street
                          Jackson, Mississippi 39201

      NAME:      Patrick Thornton
      DATE:       Tuesday, July 2, 2024
      TIME:        9:00 a.m.
      PLACE:      Biggs, Ingram & Solop
                          Paragon Two
                          578 Highland Colony Parkway, Suite 100
                          Ridgeland, Mississippi 39157

| | |
|---|---|
| NAME: | Tommy Hildesheim |
| DATE: | Tuesday, July 2, 2024 |
| TIME: | 11:00 a.m. |
| PLACE: | Biggs, Ingram & Solop |
| | Paragon Two |
| | 578 Highland Colony Parkway, Suite 100 |
| | Ridgeland, Mississippi 39157 |

| | |
|---|---|
| NAME: | Johnathan Franklin |
| DATE: | Tuesday, July 2, 2024 |
| TIME: | 2:00 p.m. |
| PLACE: | Biggs, Ingram & Solop |
| | Paragon Two |
| | 578 Highland Colony Parkway, Suite 100 |
| | Ridgeland, Mississippi 39157 |

The oral examination(s) shall continue from day to day until completed. You are notified to appear and take such part in the examination as you deem proper.

Dated:    June 28, 2024

/s/ Victor Israel Fleitas

VICTOR I. FLEITAS
MS BAR NO. 10259

Victor I. Fleitas, P.A.
452 North Spring Street
Tupelo, Mississippi 38804
662.840.0270 / Telephone
662.840.1047 / Facsimile
fleitasv@bellsouth.net / E-mail

Charles R. "Chuck" Mullins, Esq.
Courtney Sanders, Esq.
Coxwell & Mullins
500 North State Street
Jackson, Mississippi 39201
601.948.1600 / Telephone
601.948.7097 / Facsimile
chuckm@coxwelllaw.com
courtneys@coxwelllaw.com

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2024 I electronically filed the foregoing with the

Clerk of the Court using the ECF system which sent notification of such filing to the

following:

    Jason E. Dare, Esq.
    Biggs, Ingram & Solop
    Post Office Box 14028
    Jackson, Mississippi 39236
    jdare@bislawyers.com


This the 28th day of June, 2024.

                                        /s/ Victor Israel Fleitas

                                        VICTOR I. FLEITAS