PIN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**KATIE FONDREN CARSON, as Administratrix**                **PLAINTIFFS**
**of the Estate of Brian Christopher Ray, et al.**

**v.**                                                                                    **CAUSE NO. 3:23cv3063-HTW-LGI**

**RANKIN COUNTY, et al.**                                                  **DEFENDANTS**

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE** that Defendants, Rankin County, Mississippi and Sheriff Bryan Bailey, Amanda Thompson, Joshua Bridges, Mason Black, Johnathan Franklin, Tommy Hildesheim, and Patrick Thornton, will take the deposition of **Sandra Stevens**, on **Friday, July 19, 2024,** at **11:00 a.m. CST.**, at the offices of Biggs, Ingram & Solop, PLLC, Paragon Two, 578 Highland Colony Parkway, Suite 100, Ridgeland, MS 39157.  The deposition will be taken before a notary, stenographer, court reporter, and/or videographer or other officer authorized to administer oaths.

You are invited to attend and participate as you deem proper.

**RESPECTFULLY SUBMITTED,** this 12th day of July, 2024.

        **RANKIN COUNTY, BRYAN BAILEY, AMANDA THOMPSON, JOSHUA BRIDGES, MASON BLACK, JOHNATHAN FRANKLIN, TOMMY HILDESHEIM, & PATRICK THORNTON - DEFENDANTS**

    **BY:**    _/s/ Jason E. Dare_
            **JASON E. DARE**

**OF COUNSEL:**

Jason E. Dare (MSB No. 100973)
jdare@bislawyers.com
BIGGS, INGRAM & SOLOP, PLLC
Post Office Box 14028
Jackson, Mississippi  39236-4028
Telephone:	(601) 987-5307
Facsimile:	(601) 987-5307