IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KATIE FONDREN CARSON, ET AL.                                              PLAINTIFFS

VERSUS                                                        NO. 3:23CV3063-HTW-LGI

RANKIN COUNTY, MISSISSIPPI, ET AL.                                        DEFENDANTS

<u>NOTICE OF DEPOSITION</u>

To:   Jason E. Dare, Esq.
      Biggs, Ingram & Solop
      Post Office Box 14028
      Jackson, Mississippi 39236
      jdare@bislawyers.com

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 30(b), at the time and place set forth herein, the undersigned, attorney of record for the Plaintiffs, will take the deposition(s) upon oral examination of the person(s) listed below before a notary public or other officer authorized by law to administer oaths:

NAME:    Joshua Bridges
DATE:    Friday, July 19, 2024
TIME:    1:00 p.m.
PLACE:   Biggs, Ingram & Solop
         Paragon Two
         578 Highland Colony Parkway, Suite 100
         Ridgeland, Mississippi 39157

| | |
|---|---|
| NAME: | Mason Black |
| DATE: | Friday, July 19, 2024 |
| TIME: | 3:00 p.m. |
| PLACE: | Biggs, Ingram & Solop |
| | Paragon Two |
| | 578 Highland Colony Parkway, Suite 100 |
| | Ridgeland, Mississippi 39157 |

The oral examination(s) shall continue from day to day until completed. You are notified to appear and take such part in the examination as you deem proper.

Dated:    July 12, 2024

/s/ Victor Israel Fleitas

VICTOR I. FLEITAS
MS BAR NO. 10259

Victor I. Fleitas, P.A.
452 North Spring Street
Tupelo, Mississippi 38804
662.840.0270 / Telephone
662.840.1047 / Facsimile
fleitasv@bellsouth.net / E-mail

Charles R. "Chuck" Mullins, Esq.
Courtney Sanders, Esq.
Coxwell & Mullins
500 North State Street
Jackson, Mississippi 39201
601.948.1600 / Telephone
601.948.7097 / Facsimile
chuckm@coxwelllaw.com
courtneys@coxwelllaw.com

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2024 I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

    Jason E. Dare, Esq.
    Biggs, Ingram & Solop
    Post Office Box 14028
    Jackson, Mississippi 39236
    jdare@bislawyers.com

    Charles R. "Chuck" Mullins, Esq.
    Courtney Sanders, Esq.
    Coxwell & Mullins
    500 North State Street
    Jackson, Mississippi 39201
    chuckm@coxwelllaw.com
    courtneys@coxwelllaw.com

This the 12th day of July, 2024.

                                            /s/ Victor Israel Fleitas
                                            _____
                                            VICTOR I. FLEITAS