

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KATIE FONDREN CARSON, as Administratrix
of the Estate of Brian Christopher Ray, ET AL.                                PLAINTIFFS

VERSUS                                                              NO. 3:23CV3063-HTW-LGI

RANKIN COUNTY, MISSISSIPPI, ET AL.                                           DEFENDANTS

### AGREED ORDER EXTENDING QUALIFIED IMMUNITY DISCOVERY AND RESPONSE DEADLINES

Upon motion *ore tenus* of the Plaintiffs and Defendants, by agreement of the parties, for good cause shown, and for the orderly progression of discovery as agreed to by the parties, the following deadlines related to the issue of qualified immunity are hereby extended as follows:

1. The parties shall have until October 8, 2024, to complete any and all discovery limited to the issue of qualified immunity.

2. Plaintiffs' deadline for filing a response to the pending motions for qualified immunity and Defendant Rankin County's motion shall be October 22, 2024.

3. Defendants' deadline for filing a reply in support of their pending motions for qualified immunity and Defendant Rankin County's motion shall be October 29, 2024.

SO ORDERED, this the 27th day of August, 2024.

s/LaKeysha Greer Isaac
UNITED STATES MAGISTRATE JUDGE

Agreed to:
/s/ Victor Israel Fleitas
Attorney for Plaintiffs

/s/ Charles R. Mullins, Esq.
Attorney for Plaintiffs

/s/ Jason E. Dare, Esq
Counsel for Defendants