IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KATIE FONDREN CARSON, as Administratrix
of the Estate of Brian Christopher Ray, ET AL.                    PLAINTIFFS

VERSUS                                                    NO. 3:23CV3063-HTW-LGI

RANKIN COUNTY, MISSISSIPPI, ET AL.                                DEFENDANTS

MOTION TO EXTEND QUALIFIED IMMUNITY
DISCOVERY AND RESPONSE DEADLINES

COME NOW the Plaintiffs, by and through counsel of record, and file their Motion to Extend Qualified Immunity Discovery and Response Deadlines. For cause, the Plaintiffs show the Court as follows:

1. The parties to this litigation have engaged in qualified immunity discovery in good faith, including drafting and serving written discovery and responding to the same, and taking numerous depositions.

2. However, the parties have encountered difficulty in conducting additional depositions and taking certain medical witness statements due to the busy trial and hearing schedules of counsel for the parties and witnesses, and difficulty getting available dates from the witnesses.

3. The parties' scheduling difficulties have, in the assessment of the parties, made the deadlines in the agreed order setting the deadlines for qualified immunity discovery and responses to the motions onerous.

4. Counsel for the parties have conferred on this matter and are in agreement that an extension of the qualified immunity discovery and motion response deadlines would benefit the parties and promote the just administration and final resolution of this civil action.

5. Consequently, after conferring with counsel for the Defendants, the Plaintiffs request the Court extend the qualified immunity motion response deadlines as follows:

| | |
|---|---|
| Qualified Immunity Discovery | February 28, 2025 |
| Response in Opposition to Motions | March 21, 2025 |
| Reply in Support of Motions | March 31, 2025 |

6. This motion is not being filed for purposes of delay or harassment but to allow for a better presentation of the issues to the Court and to promote the interests of justice.

7. Because this motion is self-explanatory, counsel for Plaintiffs requests to be relieved from the obligation of filing a supporting memorandum.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs request the Court sustain this unopposed Motion to Amend Scheduling Order and amend and extend the expert witness, discovery, and motion deadlines accordingly.

Respectfully submitted, this the 9th day of December, 2024.

/s/ Victor Israel Fleitas

VICTOR I. FLEITAS
MS BAR NO. 10259

Victor I. Fleitas, P.A.
452 North Spring Street
Tupelo, Mississippi 38804
662.840.0270 / Telephone
662.840.1047 / Facsimile
fleitasv@bellsouth.net / E-mail

Charles R. "Chuck" Mullins, Esq.
Courtney Sanders, Esq.
Coxwell & Mullins
500 North State Street
Jackson, Mississippi 39201
601.948.1600 / Telephone
601.948.7097 / Facsimile
chuckm@coxwelllaw.com
courtneys@coxwelllaw.com

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2024 I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Jason E. Dare, Esq.
Biggs, Ingram & Solop
Post Office Box 14028
Jackson, Mississippi 39236
jdare@bislawyers.com

Charles R. "Chuck" Mullins, Esq.
Courtney Sanders, Esq.
Coxwell & Mullins
500 North State Street
Jackson, Mississippi 39201
chuckm@coxwelllaw.com
courtneys@coxwelllaw.com

This the 9th day of December, 2024.

/s/ Victor Israel Fleitas

VICTOR I. FLEITAS