IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**KATIE FONDREN CARSON,**
as Administratrix of the Estate of
**Brian Christopher Ray, et. al**                                                                          **PLAINTIFF**

v.                                       CIVIL ACTION NO.: 3:23-cv-3063-HTW-LGI

**RANKIN COUNTY, MISSISSIPPI, et. al**                                                       **DEFENDANTS**

## ORDER

Before the Court is Plaintiff's [30] *Unopposed MOTION to Extend Qualified Immunity & Response to Motions Deadlines,* filed on December 9, 2024. On August 27, 2024, the Court entered an [29] Agreed Order extending the deadline for qualified-immunity discovery to October 8, 2024. Plaintiff was granted until October 22, 2024, to respond to Defendants' pending [14] *Motion for Summary Judgment Premised on Qualified Immunity* and [16] *Motion for Judgment on Pleadings*. Defendants were granted until October 29, 2024, to file their reply. These deadlines have now all passed.

In general, the Court may extend a deadline "if a request is made[] ***before*** the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A) (emphasis added). However, the Court may, for good cause, extend the time for a party to act "on motion made after the time has expired ***if the party failed to act because of excusable neglect***." Fed. R. Civ. P. 6(b)(1)(B) (emphasis added). The current motion fails to address the request for extension of the expired deadlines through the lens of the heightened standard of excusable neglect. The Court therefore directs the parties to file a supplement addressing excusable neglect as it relates to the requested extension. The

supplementation must be made by December 20, 2024.  The Court will hold its ruling on the motion for extension of deadlines in abeyance until such time.

**SO ORDERED** this the 11th day of December 2024.

                                       /s/ LaKeysha Greer Isaac
                                     UNITED STATES MAGISTRATE JUDGE