Re: Carson v. Rankin County

From:  Victor Fleitas (fleitasv@bellsouth.net)

To:      jdare@bislawyers.com

Cc:      chuckm@coxwelllaw.com; courtneys@coxwelllaw.com

Date:   Thursday, October 10, 2024 at 04:11 PM CDT

Dear Jason:

I'll call you around the work down here.  Let me get an agreed order together and forward it to you with your laudable suggestion in mind.

Have you had any luck in trying to get the interviews?  Us talking to some of those providers appears to be our only limiting factor.

Warmest regards,

Victor

Victor I. Fleitas, P.A.
452 North Spring Street
Tupelo, Mississippi 38804
662.840.0270 / Telephone
662.840.1047 / Facsimile
fleitasv@bellsouth.net

> On Oct 10, 2024, at 16:06, Jason Dare <jdare@bislawyers.com> wrote:
>
> Tomorrow will generally be crazy, but that's the life of us non-retired lawyers. Call my cell whenever you're free.
>
> In the alternative, I do not oppose an extension of deadlines, and we can simply submit an amended order. Just make sure that briefing isn't due around Christmas / New Years.
>
> Jason E. Dare
> C: (601) 573-7580    D: (601) 987-5307
> E:  jdare@bislawyers.com
>
> -----Original Message-----
> From: Victor Fleitas <fleitasv@bellsouth.net>
> Sent: Thursday, October 10, 2024 2:37 PM
> To: Chuck Mullins <chuckm@coxwelllaw.com>
> Cc: Jason Dare <jdare@bislawyers.com>; Courtney Sanders <courtneys@coxwelllaw.com>
> Subject: Re: Carson v. Rankin County
>
> Dear Chuck:
>
> I e-mailed Jason this Monday to discuss that very issue.
>
> Jason, let me know when you're free today or tomorrow so that we can iron out the details.
>
> Warmest regards,
>
> Victor
>
> Victor I. Fleitas, P.A.
> 452 North Spring Street

Exhibit "A"

> Tupelo, Mississippi 38804
> 662.840.0270 / Telephone
> 662.840.1047 / Facsimile
> fleitasv@bellsouth.net
>
>> On Oct 10, 2024, at 15:24, Chuck Mullins <chuckm@coxwelllaw.com> wrote:
>>
>> We need to submit an agreed order extending discovery.
>>
>> Literally,
>>
>> Chuck
>>
>> Charles R. "Chuck" Mullins
>> Coxwell & Mullins
>> 500 N. State Street
>> Jackson, MS 39201
>> (P) 601.948.1600, (F) 601.948.7097
>> chuckm@coxwelllaw.com
>> www.coxwelllaw.com
>>
>>
>> -----Original Message-----
>> From: Victor Fleitas <fleitasv@bellsouth.net>
>> Sent: Tuesday, October 8, 2024 8:37 AM
>> To: Jason Dare <jdare@bislawyers.com>
>> Cc: Chuck Mullins <chuckm@coxwelllaw.com>; Courtney Sanders <courtneys@coxwelllaw.com>
>> Subject: Carson v. Rankin County
>>
>> Dear Jason:
>>
>> Hope this e-mail finds you well.
>>
>> Do you have some time for us to talk today on this case?  I am in Miami again (impeccable timing) but can call you at your convenience.
>>
>> Just let me know a time that works for you.  And, if not today, tomorrow.
>>
>> Warmest regards,
>>
>> Victor
>>
>> Victor I. Fleitas, P.A.
>> 452 North Spring Street
>> Tupelo, Mississippi 38804
>> 662.840.0270 / Telephone
>> 662.840.1047 / Facsimile
>> fleitasv@bellsouth.net
>
>
> ============================================================================= The information contained in this transmission is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient of this information, do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this information. If you received this transmission in error, please contact the sender immediately, destroy all printed copies, and delete the material from all computers. =============================================================================