Re: Fondren v. Rankin County

From: Victor Fleitas (fleitasv@bellsouth.net)

To: jdare@bislawyers.com

Cc: chuckm@coxwelllaw.com; courtneys@coxwelllaw.com

Date: Friday, October 11, 2024 at 10:58 AM CDT

Dear Jason:

Will do.

Warmest regards,

Victor

Victor I. Fleitas, P.A.
452 North Spring Street
Tupelo, Mississippi 38804
662.840.0270 / Telephone
662.840.1047 / Facsimile
fleitasv@bellsouth.net

> On Oct 11, 2024, at 11:06, Jason Dare <jdare@bislawyers.com> wrote:
>
> These dates are acceptable. You can affix my electronic signature and forward to Judge Isaac.
>
> **Jason E. Dare**
>
> **C:** (601) 573-7580    **D:** (601) 987-5307
>
> **E:** jdare@bislawyers.com
>
> ---
>
> **From:** VICTOR FLEITAS <fleitasv@bellsouth.net>
> **Sent:** Friday, October 11, 2024 8:24 AM
> **To:** Jason Dare <jdare@bislawyers.com>
> **Cc:** Chuck Mullins <chuckm@coxwelllaw.com>; Courtney Sanders <courtneys@coxwelllaw.com>
> **Subject:** Fondren v. Rankin County
>
> Dear Jason:
>
> Attached is the proposed agreed order we discussed. I felt this was as far as I could go with the Holidays ahead, and without kicking things into January. Let me know your thoughts.

Exhibit "B"

Warmest regards,

Victor

Victor I. Fleitas, P.A.

452 North Spring Street

Tupelo, Mississippi 38804

(662) 840-0270 / Telephone

(662) 840-1047 / Facsimile

fleitasv@bellsouth.net / E-mail

================================================================================ The information contained in this transmission is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient of this information, do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this information. If you received this transmission in error, please contact the sender immediately, destroy all printed copies, and delete the material from all computers.
================================================================================