## Carson v. Rankin County, No. 3:23CV3603-HTW-LGI

From:    VICTOR FLEITAS (fleitasv@bellsouth.net)

To:      isaac_chambers@mssd.uscourts.gov

Cc:      jdare@bislawyers.com; chuckm@coxwelllaw.com; courtneys@coxwelllaw.com

Date:   Friday, October 11, 2024 at 01:48 PM CDT

Dear Judge Isaac:

Attached please find in WordPerfect and Word formats a proposed agreed order extending the qualified immunity discovery, response, and reply deadlines in the above referenced civil action.

The parties have engaged in qualified discovery but require additional time to complete additional discovery. Specifically, the parties are attempting to schedule interviews and/or depositions of several physicians, nurses, and first responders who provided reports or statements relevant to the issues before the Court. Coordinating the parties' schedules and the schedules of the witnesses has proven a challenge so far, thus necessitating this agreed order.

If the Court requires anything more from the parties or desires a conference call regarding this matter, please do not hesitate to let me know.

Respectfully yours,

Victor


Victor I. Fleitas, P.A.
452 North Spring Street
Tupelo, Mississippi 38804
(662) 840-0270 / Telephone
(662) 840-1047 / Facsimile
fleitasv@bellsouth.net / E-mail

 RAY C Agreed Order Extending Qualified Immunity Discovery & Response Deadlines (October).docx
10.3kB

 RAY C Agreed Order Extending Qualified Immunity Discovery & Response Deadlines (October).wpd
4.4kB