IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KATIE FONDREN CARSON, as Administratrix
of the Estate of Brian Christopher Ray, ET AL.                    PLAINTIFFS

VERSUS                                                NO. 3:23CV3063-HTW-LGI

RANKIN COUNTY, MISSISSIPPI, ET AL.                                DEFENDANTS

### AGREED ORDER EXTENDING QUALIFIED IMMUNITY DISCOVERY AND RESPONSE DEADLINES

Upon motion *ore tenus* of the Plaintiffs and Defendants, by agreement of the parties, for good cause shown, and for the orderly progression of discovery as agreed to by the parties, the following deadlines related to the issue of qualified immunity are hereby extended as follows:

1. The parties shall have until November 22, 2024, to complete any and all discovery limited to the issue of qualified immunity.

2. Plaintiffs' deadline for filing a response to the pending motions for qualified immunity and Defendant Rankin County's motion shall be December 6, 2024.

3. Defendants' deadline for filing a reply in support of their pending motions for qualified immunity and Defendant Rankin County's motion shall be December 13, 2024.

SO ORDERED, this the _____ day of October, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

Agreed to:

/s/ Victor Israel Fleitas

---

Attorney for Plaintiffs

/s/ Charles R. Mullins, Esq.

---

Attorney for Plaintiffs

/s/ Jason E. Dare, Esq.

---

Counsel for Defendants