Re: Carson v. Rankin County

From: VICTOR FLEITAS (fleitasv@bellsouth.net)

To: jdare@bislawyers.com

Date: Tuesday, November 5, 2024 at 04:50 PM CST

Thanks Jason! I will call tomorrow and update you on what I find out.

Victor I. Fleitas, P.A.
452 North Spring Street
Tupelo, Mississippi 38804
(662) 840-0270 / Telephone
(662) 840-1047 / Facsimile
fleitasv@bellsouth.net / E-mail

> On Tuesday, November 5, 2024 at 04:47:59 PM CST, Jason Dare <jdare@bislawyers.com> wrote:
>
> I do not oppose you calling Judge Isaac to figure out the issue, which may do away with the need for a Friday call.
>
> **Jason E. Dare**
> **C:** (601) 573-7580    **D:** (601) 987-5307
> **E:** jdare@bislawyers.com
>
> **From:** Victor Fleitas <fleitasv@bellsouth.net>
> **Sent:** Tuesday, November 5, 2024 1:39 PM
> **To:** Jason Dare <jdare@bislawyers.com>
> **Subject:** Re: Carson v. Rankin County
>
> Can do. Give me a time. In the meantime, do you mind if I call over there and try to find out what the glitch is?
>
> Victor I. Fleitas, P.A.
> 452 North Spring Street
> Tupelo, Mississippi 38804
> 662.840.0270 / Telephone
> 662.840.1047 / Facsimile
> fleitasv@bellsouth.net
>
>> On Nov 5, 2024, at 13:03, Jason Dare <jdare@bislawyers.com> wrote:
>>
>> Not until Friday, and then only in the morning.
>>
>> **Jason E. Dare**

Exhibit "E"

**C:** (601) 573-7580   **D:** (601) 987-5307
**E:** jdare@bislawyers.com

---

**From:** VICTOR FLEITAS <fleitasv@bellsouth.net>
**Sent:** Tuesday, November 5, 2024 11:38 AM
**To:** Jason Dare <jdare@bislawyers.com>
**Subject:** Carson v. Rankin County

Dear Jason:

Will you be free this week to discuss this case with me. If so, when works well for you.

For some reason, the Court has not taken any action on our agreed order, and I need to see where it is at.

Warmest regards,

Victor

Victor I. Fleitas, P.A.
452 North Spring Street
Tupelo, Mississippi 38804
(662) 840-0270 / Telephone
(662) 840-1047 / Facsimile
fleitasv@bellsouth.net / E-mail

================================================================================ The information contained in this transmission is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient of this information, do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this information. If you received this transmission in error, please contact the sender immediately, destroy all printed copies, and delete the material from all computers.
================================================================================

================================================================================ The information contained in this transmission is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient of this information, do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this information. If you received this transmission in error, please contact the sender immediately, destroy all printed copies, and delete the material from all computers.
================================================================================