Re: Carson v. Rankin County, No. 3:23CV3603-HTW-LGI

From: Victor Fleitas (fleitasv@bellsouth.net)
To: Nijah_Lewis@mssd.uscourts.gov
Date: Wednesday, November 6, 2024 at 03:52 PM CST

Dear Ms. Lewis:

No ma'am, thank you!

Warmest regards,

Victor

Victor I. Fleitas, P.A.
452 North Spring Street
Tupelo, Mississippi 38804
662.840.0270 / Telephone
662.840.1047 / Facsimile
fleitasv@bellsouth.net

> On Nov 6, 2024, at 15:40, Nijah Lewis <Nijah_Lewis@mssd.uscourts.gov> wrote:
>
> Received.
>
> Thanks!
>
> Nijah
>
> **From:** Victor Fleitas <fleitasv@bellsouth.net>
> **Sent:** Wednesday, November 6, 2024 3:33 PM
> **To:** MSSDdb_Isaac_Chambers <Isaac_chambers@mssd.uscourts.gov>; Nijah Lewis <Nijah_Lewis@mssd.uscourts.gov>
> **Subject:** Carson v. Rankin County, No. 3:23CV3603-HTW-LGI
>
> **CAUTION - EXTERNAL:**
>
> Victor I. Fleitas, P.A.
>
> 452 North Spring Street
>
> Tupelo, Mississippi 38804

Exhibit "F"

662.840.0270 / Telephone

662.840.1047 / Facsimile

fleitasv@bellsouth.net

Begin forwarded message:

**From:** VICTOR FLEITAS <fleitasv@bellsouth.net>
**Date:** October 11, 2024 at 13:48:08 CDT
**To:** isaac_chambers@mssd.uscourts.gov
**Cc:** Jason Dare <jdare@bislawyers.com>, Chuck Mullins <chuckm@coxwelllaw.com>, Courtney Sanders <courtneys@coxwelllaw.com>
**Subject: Carson v. Rankin County, No. 3:23CV3603-HTW-LGI**

Dear Judge Isaac:

Attached please find in WordPerfect and Word formats a proposed agreed order extending the qualified immunity discovery, response, and reply deadlines in the above referenced civil action.

The parties have engaged in qualified discovery but require additional time to complete additional discovery. Specifically, the parties are attempting to schedule interviews and/or depositions of several physicians, nurses, and first responders who provided reports or statements relevant to the issues before the Court. Coordinating the parties' schedules and the schedules of the witnesses has proven a challenge so far, thus necessitating this agreed order.

If the Court requires anything more from the parties or desires a conference call regarding this matter, please do not hesitate to let me know.

Respectfully yours,

Victor

Victor I. Fleitas, P.A.

452 North Spring Street

Tupelo, Mississippi 38804

(662) 840-0270 / Telephone

(662) 840-1047 / Facsimile

fleitasv@bellsouth.net / E-mail

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.