Re: Carson v. Rankin County

From: VICTOR FLEITAS (fleitasv@bellsouth.net)

To: jdare@bislawyers.com

Date: Monday, December 9, 2024 at 11:20 AM CST

Dear Jason:

I will get it filed today and forward a proposed order consistent with the motion to Judge Isaac.

Continuing best wishes for the missus and you.

Warmest regards,

Victor

Victor I. Fleitas, P.A.
452 North Spring Street
Tupelo, Mississippi 38804
(662) 840-0270 / Telephone
(662) 840-1047 / Facsimile
fleitasv@bellsouth.net / E-mail

> On Monday, December 9, 2024 at 10:08:58 AM CST, Jason Dare <jdare@bislawyers.com> wrote:
>
> I do not oppose the extension or the proposed dates.
>
> **Jason E. Dare**
> **C:** (601) 573-7580    **D:** (601) 987-5307
> **E:** jdare@bislawyers.com
>
> ---
>
> **From:** VICTOR FLEITAS <fleitasv@bellsouth.net>
> **Sent:** Thursday, December 5, 2024 4:22 PM
> **To:** Jason Dare <jdare@bislawyers.com>
> **Subject:** Carson v. Rankin County
>
> Dear Jason:
>
> Pleasure speaking with you the day before yesterday and catching up. I apologize for the delay getting this to you. I got jammed up yesterday on another case and had to prioritize that matter.
>
> Attached in .docx format is a draft of the agreed motion I propose to file in this case. Look it over and let me know your thoughts. If you would like to make some edits, feel free to do so or let me know what you would like me to change.
>
> I expressly left out any mention of our wives' medical issues but could allude to it in a very general way if you think it will help us to get the relief requested.
>
> I have sent Chuck a message so that we can speak, and he can let me know his intentions with regard to his continued involvement in this case.
>
> Warmest regards,

Exhibit "G"

Victor

Victor I. Fleitas, P.A.
452 North Spring Street
Tupelo, Mississippi 38804
(662) 840-0270 / Telephone
(662) 840-1047 / Facsimile
[fleitasv@bellsouth.net](mailto:fleitasv@bellsouth.net) / E-mail

================================================================= The information contained in this transmission is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. If you are not the intended recipient of this information, do not review, retransmit, disclose, disseminate, use, or take any action in reliance upon this information. If you received this transmission in error, please contact the sender immediately, destroy all printed copies, and delete the material from all computers.
=================================================================