# Fondren v. Rankin County, No. 3:23-3063-HTW-LGI

From: VICTOR FLEITAS (fleitasv@bellsouth.net)

To: isaac_chambers@mssd.uscourts.gov

Cc: jdare@bislawyers.com; chuckm@coxwelllaw.com; courtneys@coxwelllaw.com

Date: Monday, December 9, 2024 at 01:33 PM CST

Dear Judge Issac:

Attached in PDF and .docx format please find a proposed agreed order in connection with Doc. No. 30 filed this afternoon. If the Court requires anything else, please do not hesitate top let me know.

Respectfully yours,

Victor Fleitas

Victor I. Fleitas, P.A.
452 North Spring Street
Tupelo, Mississippi 38804
(662) 840-0270 / Telephone
(662) 840-1047 / Facsimile
fleitasv@bellsouth.net / E-mail

 RAY C Agreed Order Extending Qualified Immunity Discovery & Response Deadlines (December).docx
10.3kB

 RAY C Agreed Order Extending Qualified Immunity Discovery & Response Deadlines (December).pdf
77.5kB

Exhibit "H"