IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KATIE FONDREN CARSON, as Administratrix
of the Estate of Brian Christopher Ray, ET AL.                                          PLAINTIFFS

VERSUS                                                                  NO. 3:23CV3063-HTW-LGI

RANKIN COUNTY, MISSISSIPPI, ET AL.                                                 DEFENDANTS

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO
RESPOND TO MOTION [DOC. 14] FOR SUMMARY JUDGMENT
AND MOTION [DOC. 16] FOR JUDGMENT ON THE PLEADINGS

Upon motion of the Plaintiffs, by agreement of the parties, and for good cause shown, it is hereby ordered that the Plaintiffs shall file their response to the Defendants' Motion [Doc. 14] for Summary Judgment and Motion [Doc. 16] for Judgment on the Pleadings by March 26, 2025.

SO ORDERED, this the 21ST day of March, 2025.


                                                            /s/HENRY T. WINGATE
                                                            UNITED STATES DISTRICT JUDGE